IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

Michele Kimberly Harris
Edgar Simm Harris

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Springfield Housing authority
Section 8 program
Affordable Housing

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 24-03238-CV-S-WBG

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☒ Yes ☐ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michele Kimberly Harris
Street Address: 316 N. Ken Ave.
City and County: Springfield
State and Zip Code: Missouri 65802
Telephone Number: 417-901-2154
E-mail Address: HARRismichele27@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Nicole Looney
Job or Title (if known): Section 8 Coordinator (A-L) Emergency Hsg Voucher coordinator, Family Self Sufficiency coordinator
Street Address: 421 W Madison
City and County: Springfield Green County
State and Zip Code: Missouri 65806
Telephone Number: 417 866-4329 or 417 447-4563
E-mail Address (if known): nikki@hasproperties.org

Defendant No. 2

Name: Teressa Osborn, COS, TCS, RAD/PBV, HQS
Job or Title (if known): Director of housing programs
Street Address: 421 W Madison St
City and County: Springfield Green County

2

③ Rebecca Pashia
Title COS, TCSA, RAD/PBV, CS
Director of Affordable Housing Operations
HAs Properties
421 W. Madison Springfield MO. 65806
Desk 417 447-4586  Fax 417-862-4263

④ Arlene Ozores
Title - Portfolio Management Specialist office of public and indian Housing
400 State Ave. Room 200
Kansas City KS. 66101   ph#        PIH
Arlene.ozores@hud.gov   913-233-4020

⑤ Sonya Taylor
Title - Manager at HB. management/Reed properties
1660 E Kearney St.
Springfield MO 65803

⑥ Sara Miller
Title - leasing agent
1660 E Kearney St.
Springfield MO. 65803

⑦ City Utilities Sewage Dept.
301 E Central St.
Springfield MO 65802

State and Zip Code  Missouri 65806-2938
Telephone Number  417 866-4329
E-mail Address  tosborn@hasproperties.org
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☒ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

under fair housing act 1968.

☒ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

Section 8
Housing authority of springfield

☒ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* Michele Kimberly Harris is a citizen of the State of *(name)* Missouri.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B. The Defendant(s)

1. If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

The defendant, *(name)* Nicole Looney, is incorporated under the laws of the State of *(name)* Missouri, and has its principal place of business in the State of *(name)* Missouri. *Or* is incorporated under the laws of *(foreign nation)* United States, and has its principal place of business in *(name)* Housing Authority

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

If Section 8 PHA Nicole Looney would have done her job by giving my yearly raises. When I whistle blew on her about not giving me my yearly raises she would not have kicked my family out of section 8 and her title should speak for itself. Emergency Housing Voucher Coordinator.

III. **Statement of Claim**

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you? I was removed out of section 8 based on a lie my previous landlord told them I moved out without permission
- What injuries did you suffer? I've been and my husband in out of hospital Edgar almost died 2 times due to the raw sewage in the basement due to complications of breathing.
- Who was involved in what happened to you?

Titles

Section 8 Emergency Voucher Coordinator — Nicole Looney
Supervisor @ Housing Authority — Teressa Osborne, Director of Housing Programs
Director of Housing Operations — Rebecca Pashia

4

Cont. page (4) # B-2

If the Defendant is a Coorporation

(2B) The defendant (name) arlene ozores, is incorperated under the laws of the state of missouri and has its principle place of business in the state of missouri. Or is incorperated under the laws of (foreign nation) united states, and has its principle place of business in office of public and indian housing PIH.

(3B) The defendant Teressa Osborn, is incorperated under the laws of the state of missouri and has it's principle place of business in the state of Missouri. Or is incorperated under the laws of (~~foreign~~ foreign nation) united states, and has its principle place of business in housing Authority.

(4B) The defendant Rebecca Pashia, is incorperated under the laws of the state of missouri and has its principle place of business in the state of missouri, or is incorperated under the laws of (foreign nation) united states, and has its principle place of business in housing authority.

5) The defendant, Sonya ~~(last name unknown,)~~ Taylor is incorporated under the laws of the state of Missouri, and has its principal place of business in the state of Missouri, Or is incorporated under the laws of (foreign nation) United States, and has its principle place of business in H.S. MGT./Reed properties mgt.

6) The defendant Sara Miller, is incorporated under the laws of the state of Missouri, and has its principle place of business in the state of Missouri, Or is incorporated under the laws of (foreign nation) United States, and has its principle place of United States, and has its principle place of business in H.S. MGT./Reed Property mgt.

7) The defendant City Utilities of Springfield, mo. is incorporated under the laws of the state of Missouri, and has its principle place of business in the state of Missouri, Or is incorporated under the laws of (foreign nation) United States, and has its principle place of United States, and has its principle place of business in City Utilities of Springfield, mo.

- How were the defendants involved in what happened to you?

I was giving a ~~Im~~ informal meeting not to discuss missing money but only to kick me out sect 8 based on lies. and whistle Blowing TO Frauding the government of sect. 8 yearly abatment raise and admitting on record nicole Booney is responsible for not provely this information. instead of properly investigating the sewggein my basement

- Where did the events you have described take place?

1012 E division st. sp.mo 65803

- When did the events you have described take place?

between oct 26 2023- may 2024

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Rebecca Pashia has her name next to Dates 5/24 stating I've been evicted with ineligable letter sent to me. so why was an informal meeting held with me on June 11th if I was already terminated on may 24 2024 see attached papers. this meeting was also in person not by phone.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

11850. Billion dollars in Compensation for having to go through moving loosing all of most of our belongings, hospital visits. Mental anguish Pain and Suffering Damages.

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☒    No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒    No ☐

Do you claim punitive monetary damages?

Yes ☒    No ☐

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Everything in my house was older materials I'm in my 50s. Housing authority went along with HS. property mgt, my old landlord making allegations that I left junk and trash inside the House but the city investigated this base on my damages and

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: AUG 12, 2024

Signature of Plaintiff _Michele Harris_
Printed Name of Plaintiff _Michele Harris_

→ Phill Barber of the city of Springfields Claims department felt differently and awarded my family 2,000. I only was able to recover a ~~small~~ guest amount because I had no receipts. I entitled to damages because according to inspector chad the house is and was unsafe condemned house list and I should not have been in this house →

So chad put a yellow tag on my front door that read Dangerous Building so we had to vacate which is hard because we are disabled.