# Fixed-Term Residential Lease

## Clause 1. Identification of Landlord and Tenant

This Agreement is entered into between _Edgar & Michele Harris_ _Myha Walker_ ("Tenant") and Sandra Durham ("Landlord"). Each Tenant is jointly and severally liable for the payment of rent and performance of all other terms of this Agreement.

## Clause 2. Identification of Premises

Subject to the terms and conditions in this Agreement, Landlord rents to Tenant, and Tenant rents from Landlord, for residential purposes only, the premises located at _____316 N Ken, Springfield_____, MO 65802 , ("the premises"), together with the following furnishings and appliances: _stove_____ Rental of the premises also includes _____.

## Clause 3. Limits on Use and Occupancy

The premises are to be used only as a private residence for Tenant(s) listed in Clause 1 of this Agreement, and the following minor children_____0_____. Occupancy by guests for more than _____30_____ is prohibited without Landlord's written consent and will be considered a breach of this Agreement.

## Clause 4. Term of the Tenancy

The term of the rental will begin on May 15 2024 and end on May 15, 2025. If Tenant vacates before the term ends, Tenant will be liable for the balance of the rent for the remainder of the term.

## Clause 5. Payment of Rent

**Regular monthly rent.**

Tenant will pay to Landlord a monthly rent of $__1200.00_____, payable on 15 each month,

Sandra Durham, 10177 N Farm Rd 137, Brighton, MO 65617



ANDREW BAILEY
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

July 17, 2024

michele k harris
316 N Ken Ave
Springfield, MO  65802

RE: Complaint No. CC-2024-07-003704          springfield housing authourity

Dear michele harris:

Thank you.  My office has received your complaint.

Advocates from my Consumer Protection Division will diligently attempt to resolve your complaint. In order for my office to assist, it is important that we receive all the information you have, so we may be contacting you to ask for further information and/or documentation. We will keep you updated as to the status of your complaint and feel free to contact my office at any time.

Again, we thank you for contacting the Attorney General's office and hope we can assist you further.

Respectfully,

Andrew Bailey
Missouri Attorney General



# Consumer Complaint No. CC-2024-07-003704 Details

## Consumer Information

| | |
|---|---|
| **Name:** | michele harris k |
| **Address:** | 316 N Ken Ave<br>Springfield, MO 65802 |
| **Primary Phone:** | (417) 901-2154 (Cell) |
| **Secondary Phone:** | |
| **Email:** | harrismichele27@gmail.com |

## Business Information

| | |
|---|---|
| **Business Name:** | springfield housing authourity |
| **Address:** | 421 west maddison street<br>springfield, MO 65806 |
| **Phone:** | (417) 866-4329 |
| **Fax:** | |
| **Email:** | nicole@hasproperties.net |
| **Website:** | |
| **Contact Person:** | Nicole Looney (PHA) for my case/Emergency Housing Voucher Coordinator, Section 8 Head Coordinator |

## Complaint Information

| | |
|---|---|
| **Complaint Number:** | CC-2024-07-003704 |
| **Consumer Info:** | Over Age 60 No; Disabled: Yes; Veteran: Yes |
| **Category:** | Financial - Welfare Fraud |
| **Transaction Date:** | 7/11/2024 |
| **Financial Loss:** | Yes; Sales Method: In Person; Payment Method: Money Order; Amt Paid: 17200.00 |
| **Contract Signed:** | Yes; Contract Location: springfield; Contract Date: 10/26/2024; Copy of Contract: Yes |

**Brief description of complaint:**

i was terminated from section 8 because my landlord at hs property mgt./ Reed Properties,sonya, told section 8 upon me moving from hs property mgt for sewage dangerous building and notice put on my door, sent section 8 an itemized list of false charges in the amount of 2,730.18 and including 2 toilet seats for 11.18 and section 8 terminated me based on what sonya said telling teressa osborne and nicole looney that the water that flooded in my basement was rain water and not sewage, and the the city said move immediately because according to chad from BDS he said the house was on a condemned list since 2021 and i should not have not have been moved in this house at all he also state that house needs permits before anyone else can live their. When i moved out section 8 had a termination letter made up to terminate me based on what sonya had told them at housing authority. No one from either agency came for three weeks by then i had already called the city of springfield, envornmental service dept/. and health depatment and the attorney generals office. Once the city got involved section 8 scheduled a informal hearing for me to attend then when i called to arlene ozores at the hud investigators office she sent rebbecca pashia to mediate, as she sat in the meeting she said nothing and when the conversation about misappropriateing funds that nicole looney sat at the meeting and admitting to not giving to me on recoridng and neither one teressa osborne supervisor at housing authority nor did rebecca pashia the mediator allowed that to be talked about because nicole looney said she would fix that and my section 8 has not yet been terminated. and that was a lie because the final notice to suspend me was written before the meeting but because arlene ozores from hud contacted them they decided to have a meeting with minds made up i will send a copy of the recordings on housing authority with own admission and guilt to the allocations i am making against them, when a investigator gets in volved i will submitt all other documentation they

need

**Consumer has indicated that the following statements apply to this complaint:**

- Consumer has taken these action(s): - Sent Email to business - Sent letter to business
- Consumer has contacted agencies:
- Consumer would like complaint resolved via: - Investigate business - Other: find out why i was nto given my sect 8 raise on rent for yearly raise and i would also like to compensated for pain and suffering because i never and still have not properly heeled from my surgery on my leg for torn meniscus on my left knee.

Printed 7/17/2024



**CITY OF Springfield**

*SENT VIA ELECTORNIC MAIL TO: jake.humphrey@ago.mo.gov*

July 22, 2024

Jake Humphrey
Office of Attorney General
Consumer Protection Division
P.O. Box 899
Jefferson City, MO 65102

      Re: Complaint No. CC-2024-07-001380
      Mrs. Michele K. Harris; claim for 1012 E. Division

Dear Mr. Humphrey:

I am in receipt of your correspondence dated July 10, 2024, concerning the above referenced complaint requesting that the City of Springfield provide a written response to the same within fourteen (14) days, or July 24, 2024. Although the correspondence was sent to Springfield City Utilities which manages Springfield's electric, gas, and water utilities, it appears to be related to a sewer back up at the address of 1012 E. Division and accordingly was forwarded to the City's sewer utility. Please accept this letter as our response.

Upon investigation, it was determined that the Claimant filed a claim with the City on or about May 6, 2024. This claim has been processed pursuant to our City Code and claims procedure and I have been advised by our claims staff that after speaking with Mrs. Harris this matter has been fully resolved to her satisfaction. We believe her larger concern related to rent recovery is being pursued separately through other parties and does not involve the City of Springfield.

At the City of Springfield, the Department of Environmental Services is committed to providing an excellent wastewater utility, and we strive to promptly investigate and manage any claims filed with the sewer utility. As this matter has been resolved, we believe no further action is necessary.

Please let me know if you need anything further.

Best,

Jan Millington,
Deputy City Attorney for the City of Springfield, Missouri

Email copy to:     Errin Kemper, Director of Environmental Services
                     Jordan Paul, City Attorney
                     Phil Barber, Senior Claims Specialist

Law Department
Busch Municipal Building • 840 Boonville Avenue • P.O. Box 8368
Springfield, Missouri 65801 • 417-864-1645 • Fax: 417-864-1551 • springfieldmo.gov

**From:** Michele Harris <harrismichele27@gmail.com>
**Sent:** Tuesday, July 2, 2024 9:52 AM
**To:** Keithley, Amy <amy.keithley@springfieldmo.gov>
**Subject:** Follow up on sewage claim


Morning I'm just following upon the sewage claim to see if any updates is all and did you know the house has been re-rented out already

---

**2 attachments**

 image001.png
4K

 image001.png
4K

**To:** Keithley, Amy <amy.keithley@springfieldmo.gov>
**Subject:** Follow up on sewage claim


Morning I'm just following upon the sewage claim to see if any updates is all and did you know the house has been re-rented out already

---

Michele Harris <harrismichele27@gmail.com>                    Fri, Jul 5, 2024 at 11:42 PM
To: amy.keithley@springfieldmo.gov
Cc: live-inbox-lockton@origamirisk.com

Ok, thanks for the update.


On Fri, Jul 5, 2024, 3:48 PM Keithley, Amy <amy.keithley@springfieldmo.gov> wrote:

Michele,

The June meeting was cancelled and we are waiting to get the July meeting date.

We will let you know once we have a date.


Thank you,


# Amy Keithley

Claims-Risk Management

Busch Municipal Bldg

840 Boonville Ave

Springfield, MO. 65802

Phone: 417-864-1522

Fax: 417-719-7919

Amy.Keithley@springfieldmo.gov


d1


*"If claim related, please include your claim number or date of loss for quicker response."*

**PROPERTY DAMAGE RELEASE**                      24-203

Michele Harris and Edgar Harris Spouse along with any and all associates for the

consideration of the total payment of Two Thousand Dollars ($2000) hereby release and forever

discharge the City of Springfield from any and all claims arising from property damages from a sewer

incident in Springfield Mo. on or about 04/29/24 at 1012 E Division St.

It is expressly agreed that this release and payment of said sums are not to be construed as an

admission of liability.

This is a full and final release and intends to satisfy all claims involving this incident. It is

further understood that by signing this document that Michele & Edgar Harris along with any and all

associates hereby release any claims they may have been known or unknown regarding this incident

described herein.

Signed this _17_ day of _July_, 20_24_

_Michele Harris_ _____          _Edgar Harris_ _____
Michele Harris                      Edgar Harris

State of __Missouri__ )

County of __Greene__ )

On this __17th__ day of __July__, 20__24__ personally appeared to me known to be the signer of the above release and acknowledged that __Michele Harris and Edgar Harris__ voluntarily executed this release for the users and purposes therein set forth

_(signature)_ Notary Public

_(notary seal: MANDY LYNN ENSIGN, NOTARY PUBLIC, NOTARY SEAL, #21663668, GREENE COUNTY, STATE OF MISSOURI)_

Or

_____ and _____

Independent witness print and sign  date          Independent witness print and sign  date

The city of springfield has been adding
charges from my payments from
Oacac haheap, and not applying the money
to my account, and there Duplicating
my utility bills. April 3, 2024 Oacac
haheap made a payment for 533.00
april 9th 2024 I got a disconnect
Service for 426.33. DUE to disconnec
on april 22, 2024 City Utilities had
disconnected my utilities, I then
Had to call they immediately turned
my electricity back on. On april 23
payment to my Utility bill in the
amount of 267.00 from Oacac haha
on 4/19/2024 amount of last bill said
1,188.49 payment of 533. received. this
is the pledge made on april 3 2024.
Which brought my bill down to
655.49. If you look at my electric
portion its 116.56, with the other
portion of the bill that makes
$319.28 according to the bill which
my balance is now 974.77 Due
may 8 2024. On may 8th another bill

and due to be disconnected May 21 202

(2)

On May 23 2024. another bill generated
out Balance starting 974.77. A payment
of $567.00 was paid to city Utilities
took balance to 407.77. Electric portion
is 107.02 total with rest of utilities $247.78
balance brought to 655.55. this
balance was due June 12, 2024, On
June 25th another Bill generated out
previous charges $590.02 is at the
top of this bill. (this is not the forward
balance from may) the ending balance
for may was shown on bill
for the amount of 655.55 which
is another duplicate total on my
april bill. I made a payment for
80 dollars. only 60 is recorded
but I have the receipt and this
payment of $80.00 is not on the bill
anywhere. this bill generated on
June 25th 2024 has a $60.00 -
minus saying previous paymayment
bringing bill to $530.02. New charges
from this bill is now 1058.77 with
all other Utilities $528.75 including
a 306.13. Utility. this is due by

On July 15th I Got a bill for #1722.17
with the amount Due. On July 24th
another pledg was given by Dacac
Laheap in the amount of 531.00.
I still have not seen the Other
pledges posted to my bill that's
in this packet.
On July 25 another bill generated
out for $1722.17 again Due
august 13 2024. This bill includes
$1546.72 for my electric bill, with
Other Utilities 663.40.

At this point my bishop Rick Robinson
has made Several Contributions to
the Utility Company on our behalf
and was very upset when Certain
payments where not getting applied
including his payments to
city Utilitie on our behalf. So
he is going down to the Utility
Company to find out whats
going on.

Enclosed is an itemized letter
of payment from city Utilitie
it makes no sense

(9)

I have reported this incident to the attorney generals Consumer Complaint the letter is inclosed. Becaus I reported this to the attorney generals office this bill increase started getting really bad. another result of Whistle Blowing, everyone is acting under the color of law Knowing and Willing to commit fraudulent and retaliation on a person who just needed the utility bill's sewage portion to be removed from my old residents portion because according to Chad at BOS., Chad says 1012 Edmison St. house is on the Condemed list. When I checked online the house has no information on it since 2021 and has a loan on the house. Per Chad and the push Cams the Sewage line at that address is cut of from the main Sewage line. that's why Phill Barber paid us to

4/3/2024

**EDGAR S HARRIS**
**1012 E DIVISION ST**
**SPRINGFIELD MO  65803**

A payment for emergency utility assistance has been made on your behalf to the vendor and in the amount as indicated below.

Program: OAC_LIHEAP          Date: 4/3/2024
Vendor: Combined Utilities/City Utilities     Amount: $533.00       Check#: 199654

All questions regarding this payment should be addressed to the Energy Assistance Coordinator.

If you do not agree with the reason(s) for the amount set forth above, you may submit additional or corrective information which you believe will warrant a favorable determination of eligibility within 10 days. With or without additional information, you have the opportunity to appeal the amount of assistance with this office.

Sincerely,

LIHEAP Department
**ENERGY ASSISTANCE COORDINATOR**

Households that heat their home with natural gas or propane are asked to provide their electric account information when applying for LIHEAP assistance.
The electric bill must be in the applicant's name, another adult household member's name (age 18 or older), or your landlord's name.  Failure to provide this information may result in an ineligibility determination for LIHEAP benefits

 **City Utilities** Connecting Our Community

301 E. Central - PO Box 551
Springfield, MO 65801

April 9, 2024



```
**+*+**+*+***+***SNGLP 750
212 1 SP 0.640****212 1-S61085D420
```

EDGAR HARRIS
1012 E DIVISION ST
SPRINGFIELD, MO 65803-3120



| | |
|---|---|
| Address: | 1012 E DIVISION ST |
| | SPFD, MO 65803-3120 |
| Account Balance: | $655.49 |
| Account Number: | **6314830087** |

---

# <u>NOTICE</u>

## INTENT TO DISCONNECT SERVICE

### Past Due Amount <u>$426.33</u>

### Disconnect Date <u>April 22, 2024</u>

---

The past due amount must be received <u>one business day</u> before the disconnect date in order to cancel this notice. If the service is disconnected, the past due amount will be required as well as a reconnection fee and an increased deposit.

If you have any questions or feel an error has been made, please call (417) 863-9000.

*Please return this section with your payment*

 **City Utilities** Connecting Our Community

| **Account Number** | **Past Due Amount** |
|---|---|
| 6314830087 | $426.33 |
| | |
| **Disconnect Date** | Amount Paid |
| **April 22, 2024** | |

CITY UTILITIES OF SPRINGFIELD
PO BOX 551
SPRINGFIELD, MO 65801-0551

4/23/2024

**EDGAR S HARRIS**
**1012 E DIVISION ST**
**SPRINGFIELD MO  65803**

A payment for emergency utility assistance has been made on your behalf to the vendor and in the amount as indicated below.

| | | |
|---|---|---|
| **Program: OAC_LIHEAP** | Date: 4/23/2024 | |
| **Vendor: Combined Utilities/City Utilities** | Amount: $267.00 | Check#: 199906 |

All questions regarding this payment should be addressed to the Energy Assistance Coordinator.

If you do not agree with the reason(s) for the amount set forth above, you may submit additional or corrective information which you believe will warrant a favorable determination of eligibility within 10 days. With or without additional information, you have the opportunity to appeal the amount of assistance with this office.

Sincerely,

LIHEAP Department
ENERGY ASSISTANCE COORDINATOR

Households that heat their home with natural gas or propane are asked to provide their electric account information when applying for LIHEAP assistance.
The electric bill must be in the applicant's name, another adult household member's name (age 18 or older), or your landlord's name.  Failure to provide this information may result in an ineligibility determination for LIHEAP benefits



**image001.png**
4K

---

**Edgar Harris** <edgarharris19@gmail.com>        Fri, May 3, 2024 at 12:32 PM
To: EDGAR HARRIS <springfieldsoulfood802@gmail.com>

Hi Amy sorry to be a bother but what I need is something from Bob stating what he saw and smelled in my basement which was water and feces in my basement. section 8 needs that bit of information so I can legally be removed from my dwelling where the feces and water lay in my basement thank you if your not sure can you have Bob give me a call at 417-991-2154 michele

On Wed, May 1, 2024, 6:54 AM EDGAR HARRIS <springfieldsoulfood802@gmail.com> wrote:

--------- Forwarded message ---------
From: **EDGAR HARRIS** <springfieldsoulfood802@gmail.com>
Date: Wed, May 1, 2024, 5:55 AM
Subject: Re: New Claim<24-203> Sewage Back up
To: Keithley, Amy <amy.keithley@springfieldmo.gov>

Amy I need the report of the report of damages not to file a claim but tganks for that information about filing a a claim I just need the report from yesterday from bob who came out and he said personally he'll make sure I get it not a claim the copy if the actual report thank you can you give me a call today please thank you 4179012154

On Tue, Apr 30, 2024, 4:09 PM Keithley, Amy <amy.keithley@springfieldmo.gov> wrote:

> Michele Harris
>
> 1012 E Division St
>
> Springfield MO 65803
>
>
>
> Re:      Alleged sewer issue at 1012 E Division st
>
>
>      Date of loss: 04/29/24
>
>      Claim# 24-203
>
>      Email: Springfieldsoulfood802@gmail.com
>
>
>
> Dear Ms. Harris:
>
>
> The above incident was given to me to investigate to see if the City can assist you with your damages. City policy provides restitution for damages in sanitary sewer backup cases where the City has exposure. If you choose to file a claim, an investigation will be made of the incident including the reason for the stoppage, whether the City had any prior knowledge of a problem in

the main line, when the main line was last cleaned or checked and if there was any indication of a problem when it was last cleaned or checked.

     Typically, the City will <u>not</u> reimburse a property owner:

    1.     For expense of a plumber if the City was not contacted so that the City had the opportunity to respond to eliminate the stoppage prior to the expense of a plumber.

    2.     For damages and expenses if the City had no prior knowledge of a problem with the main line, frame, cover (including roots).

    3.     For damages and expenses if the stoppage is due to misuse of the sewer main by property owners (heavy grease, rags, diapers and the like).

    4.     For damages and expenses if the stoppage was due to vandalism of the main sewer line.

If you feel you wish to file a claim, enclosed you will find a claim form for you to complete and return to the Risk Management Department. Kindly return the completed form with copies of documentation upon which you will base your claim within thirty (30) days of the date of the incident. Any questions regarding filing a claim should be directed to the undersigned at (417) 864-1021.

Sincerely,

**Amy Keithley**

Claims-Risk Management

Busch Municipal Bldg

840 Boonville Ave

Springfield, MO. 65802

Phone: 417-864-1522

Fax: 417-719-7919

Amy.Keithley@springfieldmo.gov

d1

*"If claim related, please include your claim number or date of loss for quicker response."*

 **City Utilities.** Connecting Our Community

301 E. Central · PO Box 551
Springfield, MO 65801

May 8, 2024



```
****************SNGLP 750
219 1 SP 0.640****219 1-S61551D29
```

EDGAR HARRIS
1012 E DIVISION ST
SPRINGFIELD, MO 65803-3120



| | |
|---|---|
| Address: | 1012 E DIVISION ST |
| | SPFD,MO 65803-3120 |
| Account Balance: | $407.77 |
| Account Number: | **6314830087** |

---

# <u>NOTICE</u>

## INTENT TO DISCONNECT SERVICE

### Past Due Amount  <u>$88.49</u>

### Disconnect Date  <u>May 21, 2024</u>

---

The past due amount must be received <u>one business day</u> before the disconnect date in order to cancel this notice. If the service is disconnected, the past due amount will be required as well as a reconnection fee and an increased deposit.

If you have any questions or feel an error has been made, please call (417) 863-9000.

*Please return this section with your payment*

 **City Utilities.** Connecting Our Community

| | |
|---|---|
| **Account Number** | **Past Due Amount** |
| **6314830087** | **$88.49** |
| | |
| **Disconnect Date** | Amount Paid |
| **May 21, 2024** | |

CITY UTILITIES OF SPRINGFIELD
PO BOX 551

000657

Account Number
**6314830087**

Payment Due By
**May 8, 2024**

Page 1 of 3

# City Utilities
Connecting Our Community

301 E. Central - PO Box 551
Springfield, MO 65801 - (417) 863-9000
www.cityutilities.net
Payment Line (417) 831-8331

**1012 E DIVISION ST/SPFD,MO**

## Summary

**Billing Date**
04/19/2024



**Cash Deposit
On Hand**
$150.00

123

### Previous Charges

| | | | | |
|---|---|---|---|---|
| Amount of Last Bill | $ | 1,188.49 | | |
| Payment Received (Thank You) | | -533.00 | | |
| Balance Forward | | | $ | 655.49 |

### Current Charges

| | | | | |
|---|---|---|---|---|
| Electric Service | $ | 116.56 | | |
| Gas Service | | 64.11 | | |
| Water Service | | 35.09 | | |
| Sewer Service | | 37.99 | | |
| Other Charges and Adjustments | | 65.53 | | |
| Total Current Charges | | | | 319.28 |

| **Total Due By May 8, 2024** | $ | **974.77** |
|---|---|---|

## News

### ***IMPORTANT MESSAGE***

Our information shows your phone number as (417) 324-2903. Providing City Utilities with an up-to-date phone number will allow you to report your power outage faster. To update this information online, visit www.cityutilities.net or call City Utilities' Customer Service Center at (417) 863-9000.

---

*Please return this section with your payment*

# City Utilities
Connecting Our Community

301 E. Central - PO Box 551
Springfield, MO 65801

**Account Number
6314830087**

**Payment Due By
May 8, 2024**

**Amount Due
$974.77**

Project SHARE
Additional Donation

Amount Paid



```
**AUTO**SCH 5-DIGIT 65903
1122 1 AV 0.507****1122 7-S61253D659
```

EDGAR HARRIS
1012 E DIVISION ST

CITY UTILITIES OF SPRINGFIELD

 **Gmail**

**Edgar Harris <edgarharris19@gmail.com>**

## City Utilities Springfield MO - Service Request Approved
2 messages

**No-Reply@cityutilities.net** <No-Reply@cityutilities.net>          Wed, May 15, 2024 at 3:25 PM
To: EDGARHARRIS19@gmail.com

Dear City Utilities Customer,

This email confirms your online service request has been accepted and will be processed on the Service Date.

Account: 6314830087
Address: 1012 E DIVISION ST/SPRINGFIELD, MO 65803-3120
Service Type: Disconnect
Service Date: 5/15/2024

If you did not authorize this service request or have a question please do not reply to this email but call a Customer Service Representative at 1-417-863-9000.

Sincerely,

Customer Service
City Utilities of Springfield

---

**No-Reply@cityutilities.net** <No-Reply@cityutilities.net>          Wed, May 15, 2024 at 3:25 PM
To: EDGARHARRIS19@gmail.com

[Quoted text hidden]

Case 6:24-cv-03238-BP      Document 6-1      Filed 08/13/24      Page 21 of 113

OACAC
215 S BARNES AVE
SPRINGFIELD          MO 65802

**Missouri Department of**
**SOCIAL SERVICES**
*Your Potential. Our Support.*
FAMILY SUPPORT DIVISION

HARRIS          EDGAR     S
1012 E DIVISION ST
SPRINGFIELD          MO 65803

ID #:  039-28523802

| ENERGY ASSISTANCE PAYMENT NOTICE | Mail Date |
|---|---|
| | 01/02/2024 |

| Supplier Number | | Supplier Name | |
|---|---|---|---|
| 150070-000 | | CITY UTILITIES OF SPRI | |

| Supplier Address | |
|---|---|
| PO BOX 551 | |

| Supplier City,State,Zip | | |
|---|---|---|
| SPRINGFIELD | MO 65801 | |

On JAN 02, 2024 a payment of  $326.00   was issued to the above listed home energy supplier on your behalf. This payment represents the total amount of benefits you were approved to receive under Missouri's Low Income Home Energy Assistance Program.

Wheres the pledge
$326.00          —

Missing ?



**City Utilities**
Connecting Our Community

301 E. Central - PO Box 551
Springfield, MO 65801 - (417) 863-9000
www.cityutilities.net
Payment Line (417)·831-8331

001000

Account Number
**6314830087**

Payment Due By
**January 11, 2024**

Page 1 of 3

**1012 E DIVISION ST/SPFD,MO**



123

### Summary

**Billing Date**
12/20/2023

**Cash Deposit On Hand**
$150.00

| Previous Charges | | | | |
|---|---|---|---|---|
| Amount of Last Bill | $ | 396.00 | | |
| Payment Received (Thank You) | | -336.00 | | |
| Balance Forward | | | $ | 60.00 |
| **Current Charges** | | | | |
| Electric Service | $ | 138.43 | | |
| Gas Service | | 123.78 | | |
| Water Service | | 41.14 | | |
| Sewer Service | | 43.57 | | |
| Total Current Charges | | | | 346.92 |
| **Total Due By January 11, 2024** | | | $ | **406.92** |

### News

***IMPORTANT MESSAGE***

Our information shows your phone number as (417) 324-2903. Providing City Utilities with an up-to-date phone number will allow you to report your power outage faster. To update this information online, visit www.cityutilities.net or call City Utilities' Customer Service Center at (417) 863-9000.

---

*Please return this section with your payment*



**City Utilities**
Connecting Our Community

301 E. Central - PO Box 551
Springfield, MO 65801

**Account Number**
**6314830087**

**Payment Due By**
**January 11, 2024**

**Amount Due**
**$406.92**

Project SHARE
Additional Donation

Amount Paid

```
***AUTO**SCH 5-DIGIT 65803
1237 1 AV 0.498*****1237 7-S59366D1000
```

EDGAR HARRIS
1012 E DIVISION ST
SPRINGFIELD, MO 65803-3420

CITY UTILITIES OF SPRINGFIELD
PO BOX 551
SPRINGFIELD, MO 65801-0551


**City Utilities**
Connecting Our Community
301 E. Central - PO Box 551
Springfield, MO 65801 - (417) 863-9000
www.cityutilities.net
Payment Line (417) 831-8331

*Payment made on 7/24/2024 in the amount $531.00*

001000


**Water Service**

**Reading Dates**
From    11/14/2023
To        12/15/2023


123

**Next Reading Date**
Approximately
01/19/2024

| Meter Number | Reading Type | Current Reading | Previous Reading | Total CCF | Days Billed |
|---|---|---|---|---|---|
| 223366 | Regular | 1 | 0 | 1 | 10 |
| 97676 | Regular | 2518 | 2512 | 6 | 21 |
| This period last year | | | | 0 | 0 |

| | | |
|---|---|---|
| Residential Water Service Charges | $ | 40.04 |
| Tax | | 0.75 |
| Missouri Drinking Water Primacy Fee | | 0.35 |
| **Total Cost for This Service** | **$** | **41.14** |
| 7 CCF of Water = 5,236 Gallons | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


**Sewer Service**

**Billing Period**
From    11/14/2023
To        12/15/2023

**Days Billed** 31
**Use Billed** 7

| | | |
|---|---|---|
| Residential Sewer Service Charges | $ | 43.57 |
| **Total Cost for This Service** | **$** | **43.57** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 
**Smell Gas? Act Fast.**
Call 863-9000 or 911 if you suspect
a natural gas leak in your home or office.

*Billing Dates are different on the same Bill. But on other Bills readings for 6/25/24 Gas! water from 5/15/24-6/21/24 Sewer 5/23/24-6/25/24 Next Reading 7/23/2024*

# City Utilities

**Connecting Our Community**

301 E. Central - PO Box 551
Springfield, MO 65801 - (417) 863-9000
www.cityutilities.net
Payment Line (417) 831-8331

## Service Address    1012 E DIVISION ST/SPFD,MO

**Electric Service**

**Reading Dates**
From   11/15/2023
To      12/18/2023

**Next Reading Date**
Approximately
01/19/2024

| Meter Number | Reading Type | Current Reading | Previous Reading | kWh Multiplier | Total kWh | Days Billed |
|---|---|---|---|---|---|---|
| 401382 | Regular | 55684 | 54158 | 1.000 | 1526 | 33 |
| This period last year | | | | | 0 | 0 |

| | | |
|---|---|---|
| Residential Electric Service Charges | $ | 135.88 |
| Tax | | 2.55 |
| **Total Cost for This Service** | **$** | **138.43** |

Fuel Adjustment Factor:  -$0.0137 per kWh

--------------------------------------------

**Gas Service**

**Reading Dates**
From   11/15/2023
To      12/18/2023

**Next Reading Date**
Approximately
01/19/2024

| Meter Number | Reading Type | Current Reading | Previous Reading | Total CCF | BTU Factor | Total Therms | Days Billed |
|---|---|---|---|---|---|---|---|
| 88967 | Regular | 3562 | 3425 | 137 | 1.0229 | 140 | 33 |
| This period last year | | | | | | 0 | 0 |

| | | |
|---|---|---|
| Residential Gas Service Charges | $ | 121.50 |
| Tax | | 2.28 |
| **Total Cost for This Service** | **$** | **123.78** |

Purchased Gas Cost: $0.5826 per therm

--------------------------------------------

Dispute Procedures: If you believe your bill is in error, you must contact our office within 10 days of the billing date.
Customer consents and agrees to all rules, regulations, or ordinances adopted by the Board of Public Utilities and or the City of Springfield, MO, which may be now or hereafter adopted.

**1-888-863-9001** Report a Power Outage

**(417) 831-8331** Payment Line

**(417) 863-9000** All Other Calls

**www.cityutilities.net** For Utility Information, Online Payments and to Report a Power Outage

*Are you connected? Follow us!*   

**Bill Payment Locations:**

Price Cutter
Wal-Mart



000035

Account Number
**6314830087**

Payment Due By
**June 12, 2024**

Page 1 of 4

## City Utilities
**Connecting Our Community**
301 E. Central - PO Box 551
Springfield, MO 65801 - (417) 863-9000
www.cityutilities.net
Payment Line (417) 831-8331

### Summary

**Billing Date**
05/23/2024



**Cash Deposit On Hand**
$150.00

2

| Previous Charges | | |
|---|---|---|
| Amount of Last Bill | $ | 974.77 |
| Payment Received (Thank You) | | -567.00 |
| Balance Forward | $ | 407.77 |

| Current Charges | | |
|---|---|---|
| Electric Service | $ | 107.02 |
| Gas Service | | 28.56 |
| Water Service | | 33.82 |
| Sewer Service | | 48.38 |
| Other Charges and Adjustments | | 30.00 |
| Total Current Charges | | 247.78 |

| **Total Due By June 12, 2024** | $ | **655.55** |
|---|---|---|

### News

**\*\*\*IMPORTANT MESSAGE\*\*\***

Our information shows your phone number as (417) 324-2903. Providing City Utilities with an up-to-date phone number will allow you to report your power outage faster. To update this information online, visit www.cityutilities.net or call City Utilities' Customer Service Center at (417) 863-9000.

---

*Please return this section with your payment*



301 E. Central - PO Box 551
Springfield, MO 65801

**Account Number
6314830087**

**Payment Due By
June 12, 2024**

**Amount Due
$655.55**

Project SHARE
Additional Donation

Amount Paid

\*\*\*AUTO\*\*SCH 5-DIGIT 65803
1413 1 AV 0.507\*\*\*\*\*1413 9-S61792D35

EDGAR HARRIS
1012 E DIVISION ST
SPRINGFIELD, MO 65803-3120

CITY UTILITIES OF SPRINGFIELD
PO BOX 551
SPRINGFIELD, MO 65801-0551

6314830087000065555000040777000024778 9<



# City Utilities
Connecting Our Community

301 E. Central · PO Box 551
Springfield, MO 65801 · (417) 863-9000
www.cityutilities.net
Payment Line (417) 831-8331

002677

Account Number
**6314830087**

Payment Due By
**July 15, 2024**

Page 1 of 4

---

## Summary

**Billing Date**
06/25/2024



**Cash Deposit
On Hand**
$150.00

:3

### Previous Charges

| | | |
|---|---|---|
| Amount of Last Bill | $ | 590.02 |
| Payment Received (Thank You) | | -60.00 |
| Balance Forward | $ | 530.02 |

### Current Charges

| | | |
|---|---|---|
| Electric Service | $ | 326.13 |
| Gas Service | | 36.63 |
| Water Service | | 72.24 |
| Sewer Service | | 40.78 |
| Other Charges and Adjustments | | 52.97 |
| Total Current Charges | | 528.75 |

| **Total Due By July 15, 2024** | $ | **1,058.77** |
|---|---|---|

---

## News

### ***IMPORTANT MESSAGE***

Our information shows your phone number as (417) 324-2903. Providing City Utilities with an up-to-date phone number will allow you to report your power outage faster. To update this information online, visit www.cityutilities.net or call City Utilities' Customer Service Center at (417) 863-9000.

LESS WASTE! We noticed you have been enjoying our easy, mail-free payment options, so we will no longer be including return envelopes. You can continue to eliminate waste by signing up for paperless billing at www.cityutilities.net.

---

*Please return this section with your payment*

# City Utilities
Connecting Our Community

301 E. Central · PO Box 551
Springfield, MO 65801

**Account Number
6314830087**

**Payment Due By
July 15, 2024**

**Amount Due
$1,058.77**

Project SHARE
Additional Donation

[ ]

Amount Paid

[ ]



***AUTO**SCH 5-DIGIT 65803
843 1 AV 0.507*****843 5-S62280D2677

EDGAR HARRIS
316 N KEN AVE
SPRINGFIELD, MO 65802-6212

CITY UTILITIES OF SPRINGFIELD
PO BOX 551
SPRINGFIELD, MO 65801-0551

6314830087000105877000053002000052875 8<

 Gmail                                 Michele Harris <harrismichele27@gmail.com>

## <24-203> Follow up on sewage claim

2 messages

**Keithley, Amy** <amy.keithley@springfieldmo.gov>                    Fri, Jul 5, 2024 at 3:48 PM
To: Michele Harris <harrismichele27@gmail.com>
Cc: "live-inbox-lockton@origamirisk.com" <live-inbox-lockton@origamirisk.com>

Michele,

The June meeting was cancelled and we are waiting to get the July meeting date.

We will let you know once we have a date.


Thank you,



**Amy Keithley**

Claims-Risk Management

Busch Municipal Bldg

840 Boonville Ave

Springfield, MO. 65802

Phone: 417-864-1522

Fax: 417-719-7919

Amy.Keithley@springfieldmo.gov





*"If claim related, please include your claim number or date of loss for quicker response."*



**ATTORNEY GENERAL OF MISSOURI**
**JEFFERSON CITY**
65102

ANDREW BAILEY
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

July 24, 2024

Mrs. Michele K Harris
316 North Ken Ave.
Springfield, MO  65802

RE: Complaint No. CC-2024-07-001380        Springfield City Utilities

Dear Mrs.Harris:

Thank you for contacting the Missouri Attorney General's Office. As you know, our office has been mediating your complaint with the above-mentioned company. A copy of the most recent response is enclosed for your review.

We are pleased we were able to assist you in this matter and hope that this satisfies any concerns you may have had. If you have any additional questions, please feel free to contact our office.

Again, we thank you for contacting our office.

Sincerely,

*Jake Humphrey*

Jake Humphrey
Office of the Attorney General
Consumer Advocate
Consumer Protection Division
P.O. Box 899 | Jefferson City, MO 65102
Email: jake.humphrey@ago.mo.gov
Phone: (573) 751-1246 | Fax: () -

7/24/2024


EDGAR S HARRIS
316 North Ken Avenue
Springfield MO  65802

A payment for emergency utility assistance has been made on your behalf to the vendor and in the amount as
indicated below.


Program: OAC_LIHEAP                    Date: 7/24/2024
Vendor: Combined Utilities/City Utilities        Amount: $531.00              Check#: 201018


All questions regarding this payment should be addressed to the Energy Assistance Coordinator.

If you do not agree with the reason(s) for the amount set forth above, you may submit additional or corrective
information which you believe will warrant a favorable determination of eligibility within 10 days. With or without
additional information, you have the opportunity to appeal the amount of assistance with this office.


Sincerely,

LIHEAP Department
ENERGY ASSISTANCE COORDINATOR




Households that heat their home with natural gas or propane are asked to provide their electric account information
when applying for LIHEAP assistance.
The electric bill must be in the applicant's name, another adult household member's name (age 18 or older), or your
landlord's name.  Failure to provide this information may result in an ineligibility determination for LIHEAP benefits

406.92 Start.

31-Jan            532.17            959.33

Paymnt  371.05        35.00 Carriedover
Current Bill 499 total 532.17
                                              Due Feb

Bill Feb 22          532.17    Start

No paymnt
Current Bill 427.18 total 959.33
                                              Due March 12

Bill March 21        959.33 Start

No Payment
Current Bill 229.16 total 1188.49        april

Bill april 19        1188.49 start

Paymnt    533.00 forward  655.49
Current Bill 889.28 total 974.28    May

Bill may 23    974.77 Start

Paymnt 567.00 carriedover 407.77
Current Bill      247.78 total 655.55
                                        June 1

When a payment is made there are no extra money added for seniority.


### City Utilities
**Connecting Our Community**
301 E. Central - PO Box 551
Springfield. MO 65801 - (417) 863-9000
www.cityutilities.net
Payment Line (417) 831-8331

001000

Account Number
**6314830087**

Payment Due By
**January 11, 2024**

**1012 E DIVISION ST/SPFD,MO**

| Summary | Previous Charges | | |
|---|---|---|---|
| | Amount of Last Bill | $ | 396.00 |
| **Billing Date** | Payment Received (Thank You) | | -336.00 |
| 12/20/2023 | Balance Forward | | |
| | **Current Charges** | $ | |
| **Cash Deposit On Hand** | Electric Service | | 138.43 |
| $150.00 | Gas Service | | 123.78 |
| | Water Service | | 41.14 |
| | Sewer Service | | 43.57 |
| | Total Current Charges | | 346.92 |

| **Total Due By January 11, 2024** | $ | **406.92** |
|---|---|---|

*[Handwritten note:]* I made a 80.00 payment in april its missing 2024 $ 60.00 this 60.00 shows up mysteriously on Junes Bill for July as a 60 dollar carry over.

### News

**\*\*\*IMPORTANT MESSAGE\*\*\***

Our information shows your phone number as (417) 324-2903. Providing City Utilities with an up-to-date phone number will allow you to report your power outage faster. To update this information online, visit www.cityutilities.net or call City Utilities' Customer Service Center at (417) 863-9000.

---

*Please return this section with your payment*


### City Utilities
**Connecting Our Community**
301 E. Central - PO Box 551
Springfield, MO 65801

**Account Number**
**6314830087**

**Payment Due By**
**January 11, 2024**

**Amount Due**
**$406.92**

Project SHARE
Additional Donation

Amount Paid

\*\*\*AUTO\*\*SCH 5-DIGIT 65803
113 1 AT 1.499\*\*\*\*1237 7-S593

EDGAR HARRIS
1012 E DIVISION ST
SPRINGFIELD, MO 65803-3120

CITY UTILITIES OF SPRINGFIELD
PO BOX 551
SPRINGFIELD, MO 65801-0551

6314830087000040692000006000000346921<

Bill June 6     Start 590.02
Payment  60.00 Carried over 530.02
Current · 528.75 total 1058.77

July 15 2024

Bill July 25th   Start 1058.77

No Payment

Current 663.40 total 1722.17

→ Due august 13

Bill August    Start ~~1058~~
   July 25th     1058.77
   No payment    Carredour 1058.77
   Current 663.40 / total ~~73.40~~
                   1722.17    Due august

July 25th Bill has been
Billed twice in the amount
of 1722.17 Oacac has pledg
3 times and our Bishop a
Lds Bishop Rick Robinson

| | |
|---|---|
| **From:** | Sonya Taylor |
| **To:** | Humphrey, Jake |
| **Subject:** | Re: MO Attorney General Complaint CC-2024-07-001474 HS Properties Mgt. |
| **Date:** | Thursday, July 25, 2024 12:58:21 PM |

Good afternoon, Jake, sorry for the delay in response for I have been out of the office and am just catching up to my emails.

RE: Complaint No. CC-2024-07-001474

Mrs. Harris's claims are excessive and in no way inline with the actual facts of her tenancy from 10/2023-5/2024.

All claims made by the Harris's have been addressed, fixed, repaired, discussed, and escalated from our company/ team and Housing Authority of Springfield. The building inspectors of Springfield have also followed up on the mentioned problems with the unit and it passed the inspection in the allotted time given by the city.

Michelle Harris was asked to leave our building and not return after she met our office staff with hostility, foul language, and threats.

I trust our staff, team, and all agents have followed all policies, laws, and procedures.

We do not plan to give the Harris's any monetary settlement and will seek to be paid for the damages to the unit that were beyond normal wear and tear during their short tenancy.

Thank you

**From:** jake.humphrey@ago.mo.gov <jake.humphrey@ago.mo.gov>
**Sent:** Wednesday, July 10, 2024 7:58 AM
**To:** Sonya Taylor <sonya@hspropertymgmt.com>
**Subject:** MO Attorney General Complaint CC-2024-07-001474 HS Properties Mgt.

Please see the attached correspondence from the office of Missouri Attorney General Andrew Bailey.

This email message, including the attachments, is from the Missouri Attorney General's Office. It is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including that covered by § 32.057, RSMo. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

 Gmail

**Michele Harris <harrismichele27@gmail.com>**

## Electric bill disconnect look at the dates on both bills HOW does two different amounts come out on the same day after the disconnect notice came yesterday please call...?? City Utilities it's in my husband's name Edgar harris
2 messages

**Michele Harris** <harrismichele27@gmail.com>                                     Fri, Jul 26, 2024 at 8:23 AM
To: "Humphrey, Jake" <jake.humphrey@ago.mo.gov>

This is my bill toda but I got a disconnect in the mail for
Yesterday saying it would be disconnected today.
I woke up this morning and it says 1722.17 can you call today I will be disconnected today without electricity how did thus happen over nite. Did you make contact yet because will not have no electricity and were disabled in this house I use a lot of plug in equipment.
Also on the disconnect it said on the top it was printed on July 15 I got the bill yesterday saying but will be cut off today no bother warning of disconnect please can you do something

**2 attachments**

**Screenshot_20240726-073334_4.png**
241K

**Screenshot_20240726-0733340_4.png**
241K

**Michele Harris** <harrismichele27@gmail.com>                                     Fri, Jul 26, 2024 at 8:24 AM
Draft To: "Humphrey, Jake" <jake.humphrey@ago.mo.gov>

[Quoted text hidden]

Case 6:24-cv-03238-BP   Document 6-1   Filed 08/13/24   Page 35 of 113



**Screenshot_20240726-073334.png**
241K



August 1, 2024

**VIA ELECTRONIC MAIL: jake.humphrey@ago.mo.gov**

Jake Humphrey, Consumer Advocate
Office of the Attorney General
Consumer Protection Division
P.O. Box 899
Jefferson City, MO 65102

      **Re:   Complaint No CC-2024-07-001380 – Michele K. Harris**

Dear Mr. Humphrey:

Please accept this letter as City Utilities' response to the complaint filed with your office by Michele K. Harris which is referenced in your letter to City Utilities dated July 26, 2024. Complainant has failed to make any allegation which gives rise to a violation of law or applicable rule.

As an initial matter, it is our understanding from the material received from your office and from the City of Springfield that Mrs. Harris' original grievance under Complaint Number CC-2024-07-001380 related to an alleged sewer backup. We further understand that the City of Springfield, which operates the sewer system, appropriately responded to that grievance on July 22, 2024 noting that the matter was resolved. Accordingly, this response does not address the grievance regarding the sewer. This response only addresses the additional documents accompanying your letter of July 26, 2024, including an email from Mrs. Harris about a utility disconnect notice and what appears to be a screenshot from Ms. Harris' phone showing an amount due on her City Utilities account.

Since it appears Mrs. Harris' complaint relates to the amount due on her account, the timing of when her last bill was posted, and the status of the disconnect notice, the following is a timeline to clarify the same:

**05/13/2024** – Ms. Harris requested to end service at one address and start service at her new address, 316 N Ken Ave, effective May 15, 2024. When the new service started, a balance of $407.77 was carried over from her previous address.

**05/16/2024** – An account entry fee (AEF) of $30.00 was assessed to start service at 316 N Ken Ave., bringing the account balance up to $437.77. On the same day, service was turned off at the prior address.

417.863.9000    301 EAST CENTRAL STREET    P.O. BOX 551    cityutilities.net
PHONE    Springfield, MO 65802    Springfield, MO 65801    WEB

**05/23/2024** – A bill of $217.78 posted, bringing the account balance to $655.55. This bill included the final bill for the prior address and a sewer bill for the new address (5/15 to 5/23).

**05/31/2024** – A Late Payment Charge of $65.53 was credited back to the account and a payment of $60.00 posted, lowering the balance to $530.02.

**06/25/2024** – A Late Payment Charge of $52.97 was assessed and a bill of $475.78 posted to the account, bringing the balance up to $1058.77.

**07/15/2024** – A disconnect letter was mailed stating the disconnect amount of $530.02 had to be paid by July 26, 2024 to stop the disconnect.

**07/22/2024** – A Summer ECIP pledge of $531.00 was made by OACAC, resolving the disconnect *Note: The pledge is only an agreement to pay; no actual payment was received or posted at that time.*

**07/25/2024** – A bill posted in the amount of $663.40, bringing the balance up to $1722.17. *Note: bills post in the evening, so this is why Mrs. Harris may have seen a larger amount due on the morning of her email, July 26, 2024, than she did during the previous day.*

**07/26/2024** – Mrs. Harris contacted City Utilities and asked if OACAC had pledged on her account. She was informed that OACAC did pledge and the disconnect had been stopped.

**07/29/2024** – Utility assistance (Summer ECIP) posted to the account in the amount of $531.00, lowering the account balance to $1191.17.

**07/29/2024** – A Late Payment Charge of $52.73 was assessed on the past due balance of $527.77, bringing the account balance up to $1,243.90.

Currently, this account is not in disconnect status. The next review date is August 13, 2024, at which time a new disconnect may be issued. A new bill will post to the account on August 23, 2024.

I am hopeful this letter will answer your questions, but should you need any additional information regarding the above, please do not hesitate to contact me.

Sincerely,

/s/ *Katherine A. Thompson*
Legal/Regulatory Counsel

417.863.9000
PHONE | 301 EAST CENTRAL STREET
Springfield, MO 65802 | P.O. BOX 551
Springfield, MO 65801 | cityutilities.net
WEB

Case 6:24-cv-03238-BP    Document 6-1    Filed 08/13/24    Page 38 of 113

# City Utilities

**Connecting Our Community**

301 E. Central - PO Box 551
Springfield, MO 65801 - (417) 863-9000
www.cityutilities.net
Payment Line (417) 831-8331

002699

Account Number
**6314830087**

Payment Due By
**August 13, 2024**

Page 1 of 3

**316 N KEN AVE/SPFD,MO**

## Summary

**Billing Date**
07/25/2024

**Cash Deposit
On Hand**
$150.00

23

| Previous Charges | | | | |
|---|---|---|---|---|
| Amount of Last Bill | $ | 1,058.77 | | |
| Payment Received | | 0.00 | | |
| Balance Forward | | | $ | 1,058.77 |

| Current Charges | | | | |
|---|---|---|---|---|
| Electric Service | $ | 546.72 | | |
| Gas Service | | 33.39 | | |
| Water Service | | 42.51 | | |
| Sewer Service | | 40.78 | | |
| Total Current Charges | | | | 663.40 |

| **Total Due By August 13, 2024** | | **$** | **1,722.17** |
|---|---|---|---|

## News

### ***IMPORTANT MESSAGE***

Our information shows your phone number as (417) 324-2903. Providing City Utilities with an up-to-date phone number will allow you to report your power outage faster. To update this information online, visit www.cityutilities.net or call City Utilities' Customer Service Center at (417) 863-9000.

LESS WASTE! We noticed you have been enjoying our easy, mail-free payment options, so we will no longer be including return envelopes. You can continue to eliminate waste by signing up for paperless billing at www.cityutilities.net.

---

*Please return this section with your payment*

# City Utilities
**Connecting Our Community**

301 E. Central - PO Box 551
Springfield, MO 65801

**Account Number
6314830087**

**Payment Due By
August 13, 2024**

**Amount Due
$1,722.17**

**Project SHARE
Additional Donation**

**Amount Paid**

***AUTO**SCH 5-DIGIT 65803
828 1 AV 0.545****828 5-S62721D2699

EDGAR HARRIS
316 N KEN AVE
SPRINGFIELD, MO 65802-6212

CITY UTILITIES OF SPRINGFIELD
PO BOX 551



**ATTORNEY GENERAL OF MISSOURI**
**JEFFERSON CITY**
**65102**

ANDREW BAILEY
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

August 1, 2024

Mrs. Michele K Harris
316 North Ken Ave.
Springfield, MO 65802

RE: Complaint No. CC-2024-07-001380     Springfield City Utilities

Dear Mrs. Harris:

Thank you for contacting the Missouri Attorney General's Office. As you know, our office has been mediating your complaint with the above-mentioned company. A copy of the most recent response is enclosed for your review. The company denies any wrong-doing and therefore, will not be providing the relief you are seeking.

We regret that we were unable to assist you further in this matter. Please keep in mind this does not mean your complaint is without merit. You may want to consult with a private attorney or file a claim through small claims court.

Again, we thank you for contacting our office.

Sincerely,

*Jake Humphrey*

Jake Humphrey
Office of the Attorney General
Consumer Advocate
Consumer Protection Division
P.O. Box 899 | Jefferson City, MO 65102
Email: jake.humphrey@ago.mo.gov
Phone: (573) 751-1246 | Fax: () -

July 19, 2024

Michele Harris
316 North Ken Ave
Springfield, MO 65802

Hello Mrs. Jarris,

I am writing in regard to Sunshine Request R013892-071724. I am providing the records responsive or responses received from the department(s) listed below:

**Environmental Services**
Environmental Services won't have records pertaining to this request.

**Fire Department**
We have completed a thorough history search for past incidents, inspection activities, permits and archived records covering approximately 16+ years. There was no information found regarding fires, hazardous material spills, or complaints at or in the vicinity of the properties in the referenced request, as well as information regarding hazardous materials stored, underground storage tanks (USTs), and above ground storage tanks (ASTs). The Springfield Fire Department considers your request closed.

**Health Department**
The Health Department has no records for this request.

**Building Development Services**
The requested records we have are provided.

**Health Department - Animal Control Division**
Provided is the information requested in Sunshine Request R013892-071724.

If you have any other questions, please let me know.

Thank you for your request,

Russ McLaughlin

**Office of the City Clerk**
840 Boonville Avenue, P.O. Box 8368
Springfield, Missouri 65801 • 417-864-1651 • springfieldmo.gov


CITY OF Springfield

# Springfield Animal Control

320 E CENTRAL
SPRINGFIELD, MO 65802
Phone: (417) 864-1126

**Humane service to the public and their pets.**

## Incident REPORT

| | |
|---|---|
| Call ID: | 194447 |
| Status: | Complete |

## Origination

| | |
|---|---|
| Date: | 04-24-2024 10:11:25 |
| Logged by: | Angela Foster |
| Zone: | ZONE 2 |
| Location: | 1012 E Division, Springfield, MO 65000 |
| Reason: | Contact Resident,Dog At Large,Pd Call |

**Notes:**

**Owner of animal at origination**                    **Citizen Making Report**

## Dispatch and Outcome

| | | | | | |
|---|---|---|---|---|---|
| Assigned: | 04-24-2024 10:11:40 | Officer: | Angela Foster | Priority | 3 |
| Arrived at location: | | | | | |
| Final Outcome: | 04-24-2024 10:36:55 | Outcome: | Animal Not Found | | |

## Officer/Outcome Notes for Call ID: 194447

---

Date: 04-24-2024 10:11:54      Note: 358787      Aco Report/Aco/Foster, Angela
Edgar @ 417-307-3482 reporting a white pit bull on back porch acting aggressive

---

Date: 04-24-2024 10:23:21      Note: 358789      Aco Report/Aco/Foster, Angela
attempted contact with Edgar , went to v/m did not leave message will patroll

---

## Animal Involved

No specific animal is associated with this Summons

Summons Number:

**End of Call Report 194447**

Please spay/neuter and vaccinate your pets.
Printed by operator 5324 using Shelter Pro, 07-19-2024 07:26:12


infor

# INFORMATION - CASE# BLI2024-00184

| | |
|---|---|
| *Case Type* | BLIGHTED |
| *Case Type* | Blighted Building Code Enforce |
| *Description* | |
| *Primary Contact* | |
| *Primary Contact Last* | anon |
| *Name* | |
| *Address* | 1012 E DIVISION ST SPRINGFIELD MO 65803 |
| *Location* | |

## Case Information

Case is Released.
Current milestone is Release Documents.
Current unpaid amount of $0.00.
Account: M-208658

*Current Abatement*  0.00
*Fees*

## Status Dates

| | |
|---|---|
| *Processed* | 5/6/2024 15:52 |
| *by* | CHAD STAUFFER |
| *Resolution* | 6/18/2024 16:15 |
| *by* | LACEY N COBLE |
| *Expire Date* | |

## Case Information

| | |
|---|---|
| *Case Group* | DB |
| *Resolution Code* | |
| *Source* | |
| *Case Name* | |
| *Priority* | |
| *Priority Description* | |

*Comments*
Tenant has called Housing Auth, who said they would contact the manager, but manager is not fixing, they have sewage water backing up into the basement, don't know if its a leaking pipe or what, also water in a wall, and in a light, also mentioned pests.
Michelle is on current lease, 417-901-2154, please call prior to arrival

## Code Violations

Update Status

| Code Violation | Description | Violation Date | Status # | Inspection # | Review # | Status Date | Location | Unit | Room | Code Text | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-62(12) | Zoning | Those built in violation of the building, plumbing, electrical, fuel gas, property maintenance or zoning codes of the city or used in violation thereof. | 5/6/2024 16:07 | 60880 | 1 | | | | | Those built in violation of the building, plumbing, electrical, fuel gas, property maintenance or zoning codes of the city or used in violation thereof. | Property is in violation of the international property maintenance codes. |
| IPMC | Other | | 5/6/2024 16:09 | 60880 | 1 | | | | | | Ipmc section 304.13 windows - window upstairs not opening. Window downstairs is broken. |
| IPMC | Other | | 5/6/2024 16:12 | 60880 | 1 | | | | | | Ipmc section 506.2 - maintenance- drain in basement not draining properly. |

| | | | | |
|---|---|---|---|---|
| IPMC | Other | 80980 | 5/6/2024 16:14 | |
| IPMC | Other | 80980 | 5/8/2024 16:16 | 1 |
| IPMC | Other | 90980 | 5/6/2024 16:18 | 1 |

Ipmc section 704.6.1.1 smoke alarms - Functioning smoke alarm is required in every sleeping area. A carbon monoxide/smoke combination, Unit is required in the immediate vicinity outside of bedrooms.

Ipmc section 308.3 - pest elimination- the occupants of a one family dwelling shall be responsible for pest elimination on the premises.|[# It is the owners responsibility to make sure the premises is free of pest prior to leasing.|#

Ipmc section 603.1 - appliances-Appliances shall be properly installed and maintained in a safe working condition. The stove in the kitchen must have an anti-tip bracket installed|#

## Case Details

### Case Details

| Description | Log |
|---|---|
| Fee Details | Log |
| Case Contacts | Log |
| Case History | Log |
| FOF and COI Details | Log |
| GIS Details | Log |
| Inspection History | Log |
| Pay Payment Plan | Log |
| Work Order Detail | Log |
| Full Legal Description/Recorded Documents | Log |
| Assessment Calculations | Log |
| Payment Plan Details | Log |

## Reviews

### Reviews

#### Record Results

| Review # | Review Type | Description | Added | Result # | Result By | Result Recorded | Completed | Comments | Call | Completed By | Department | Assigned To | Started | Started By | Issued | Issued By | Comments | Started By Provider | Assigned To Provider | Inspected By Provider | Result By Provider | Completed By Provider |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106016 | MailLCO | Letter of Condition Mailing | 5/6/2024 16:20 | 1 | Complete | LCOBLE | 5/7/2024 09:52 | 5/7/2024 09:52 | | | 1 | BOSCodeHou | LCOBLE | 5/7/2024 09:52 | LCOBLE | | | | | | | | |
| 110108 | RslDocOwn | Release Documents, Closed by Owner | 6/18/2024 13:43 | 1 | Complete | LCOBLE | 6/18/2024 16:15 | 6/18/2024 16:15 | | | 1 | BOSCodeHou | LCOBLE | 6/18/2024 16:16 | LCOBLE | | No documents needing to be released for this case. | | | | | | |
| 110109 | DiVisriSig | Director Verify Signature | 6/18/2024 13:43 | 1 | NA | LCOBLE | 6/18/2024 16:14 | 6/18/2024 16:14 | | | 1 | BOSCodeCir | LCOBLE | 6/18/2024 16:14 | LCOBLE | | | | | | | | |

## Inspections

### Inspections

#### Record Results

| Inspection # | Inspection Type | Description | # | Result | Result By | Resulted Assigned To | Comments | Scheduled | Completed | Time Preference | Inspected By | Started | Added Location | Started By Provider | Assigned To Provider | Inspected By Provider | Resulted By Provider |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80979 | Post | Post Property | 1 | Complete | CSTAUFFER | CSTAUFFER | | 5/6/2024 00:00 | 5/6/2024 16:21 | | CSTAUFFER | 5/6/2024 16:52 | | | | | |
| 80980 | InitInsp | Initial Inspection and Posting | 1 | Invld | CSTAUFFER | CSTAUFFER | | 5/8/2024 00:00 | 5/8/2024 15:20 | | CSTAUFFER | 5/6/2024 15:52 | | | | | |
| 81010 | LocInsp | Letter of Condition Inspection | 1 | Monitor | CSTAUFFER | CSTAUFFER | Windows were repaired and operational, smoke alarms were installed, and drain guarding. No signs of infestation. | 6/14/2024 00:00 | 6/14/2024 14:44 | 6/14/2024 12:37 | CSTAUFFER | 5/7/2024 09:52 | | | | | |
| 82223 | LocInsp | Letter of Condition Inspection | 2 | OwnAbAbated | CSTAUFFER | CSTAUFFER | | 5/22/2024 09:52 | 6/18/2024 13:43 | 6/18/2024 13:43 | CSTAUFFER | 5/29/2024 14:45 | | | | | |

## All Contacts

Primary Resp Account Holder Capacity Last Name First Name Professional ID Primary DBA Effective Expire Comments

true anon

## Sites

true

### Linked Sites
(No Data)

### Associated Sites
(No Data)

## Employees

### Employees
(No Data)

## Related Records

### Parent Cases
(No Data)

### Child Cases
(No Data)

### Other Applications and Licenses
(No Data)

### Service Requests

| Service Request # | Request Type | Date | Priority | Responsibility | Inspector |
|---|---|---|---|---|---|
| 19798 | 06503 | 4/26/2024 12:38 | HG | | CSTAUFFER |

### Groups
(No Data)

## Logs

### Event Log
(No Data)

### Status Log

| Changed On | Milestone | Case Status | Changed By | System Generated | Comments |
|---|---|---|---|---|---|
| 6/18/2024 16:15 | Release Documents | Released | LCOBLE | true | |
| 6/18/2024 13:46 | Closed by Owner | Closed | CSTAUFFER | | |
| 6/18/2024 13:43 | Closed by Owner | Closed | CSTAUFFER | | |
| 6/18/2024 13:43 | Closed by Owner | Closed | CSTAUFFER | true | |
| 5/7/2024 09:52 | LOC Inspection | Inspection | LCOBLE | true | |
| 5/6/2024 16:20 | LOC Mailing | Inspection | CSTAUFFER | true | |
| 5/6/2024 15:52 | Initial Inspection | Inspection | CSTAUFFER | true | |

## Attachments

### Attachments
(No Data)

## Hearings

**Hearings**
(No Data)

## Conditions

Approve Selected Conditions

**Conditions**
(No Data)

## Fees

| | |
|---|---|
| *Total Fees* | 0.00 |
| *Unpaid Fees* | 0.00 |
| *Paid Fees* | 0.00 |
| *Amount Due Now* | 0.00 |
| *Overpayments* | 0.00 |
| | Refund |
| *Total Credits* | 0.00 |
| | Apply |

**Fees**

Refund Fees
Recalculate Fees
Waive Fees

**All Fees**
(No Data)

## Deposits
(Tab Not Loaded)

## Transactions
(Tab Not Loaded)

## Contacts

**Contact Information**

| | |
|---|---|
| *Name* | anon |
| | First Name, |
| *Middle Initial* | MI |
| *Contact Type* | Citizen |
| *Address* | anon |
| *Address Line 2* | |
| *City* | anon |
| *State/Province* | MO |
| *ZIP/PC* | |
| *Country* | |
| *Title* | |
| *Expiration Date* | |
| *Other Phone* | (555)555-5555 |
| *Mobile Number* | (555)555-5555 |
| *E-Mail* | |
| *Foreign* | no |
| *Corr. Delivery* | None |
| *Company Name* | |
| *Internet ID Type 1* | |
| *ID 1* | |
| *Internet ID Type 2* | |
| *ID 2* | |

(No Data)

**Case No.** BLI2024-00184 **Address**: 1012 E DIVISION ST

**Inspector** CHAD STAUFFER



20240506155535099.jpeg
INSPECTION No. 80980
INSPECTION Type: InitInsp
DATE Added: 5/6/2024 3:55:55 PM



20240506155535860.jpeg
INSPECTION No. 80980
INSPECTION Type: InitInsp
DATE Added: 5/6/2024 3:55:57 PM



20240506155536558.jpeg
INSPECTION No. 80980
INSPECTION Type: InitInsp
DATE Added: 5/6/2024 3:55:58 PM



20240506155537228.jpeg
INSPECTION No. 80980
INSPECTION Type: InitInsp
DATE Added: 5/6/2024 3:56:01 PM



20240506155537981.jpeg
INSPECTION No. 80980
INSPECTION Type: InitInsp
DATE Added: 5/6/2024 3:56:04 PM



20240506155538655.jpeg
INSPECTION No. 80980
INSPECTION Type: InitInsp
DATE Added: 5/6/2024 3:56:06 PM



20240506155539330.jpeg
INSPECTION No. 80980
INSPECTION Type: InitInsp
DATE Added: 5/6/2024 3:56:08 PM



20240506155540015.jpeg
INSPECTION No. 80980
INSPECTION Type: InitInsp
DATE Added: 5/6/2024 3:56:10 PM



20240506155540681.jpeg
INSPECTION No. 80980
INSPECTION Type: InitInsp
DATE Added: 5/6/2024 3:56:12 PM



20240506155541347.jpeg
INSPECTION No. 80980
INSPECTION Type: InitInsp
DATE Added: 5/6/2024 3:56:14 PM



**ATTORNEY GENERAL OF MISSOURI**
**JEFFERSON CITY**
**65102**

ANDREW BAILEY
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

July 19, 2024

michele harris
316 N Ken Ave
Springfield, MO  65802

RE: Complaint No. CC-2024-07-003704  springfield housing authourity

Dear michele harris:

Thank you for contacting The Missouri Attorney General's Consumer Complaint Unit. I reviewed your complaint carefully and determined that it does not generally fall within the scope of matters handled by the Complaint Unit.

I have forwarded your complaint to the Dept. of Housing and Urban Development, Attn: Complaint Department, 451 7th Street, SW, Washington, DC 20410.

Should you require assistance in the future, please contact the Consumer Protection Hotline at 1-800-392-8222 or visit our web site at www.ago.mo.gov.

Sincerely,

*Jake Humphrey*

Jake Humphrey
Office of the Attorney General
Consumer Advocate
Consumer Protection Division
P.O. Box 899 | Jefferson City, MO 65102
Email: jake.humphrey@ago.mo.gov
Phone: (573) 751-1246 | Fax: () -

FY 2024 Fair Market Rent Documentation System

The FY 2024 Springfield, MO HUD Metro FMR Area FMRs for All Bedroom Sizes

Final FY 2024 & Final FY 2023 FMRs By Unit Bedrooms

| Year | Efficiency | One-Bedroom | Two-Bedroom | Three-Bedroom | Four-Bedroom |
|------|-----------|-------------|-------------|---------------|--------------|
| FY 2024 FMR | $718 | $723 | $921 | $1,274 | $1,434 |
| FY 2023 FMR | $676 | $681 | $871 | $1,225 | $1,383 |

Greene County, MO is part of the Springfield, MO HUD Metro FMR Area, which consists of the following counties: Christian County, MO; Greene County, MO; and Webster County, MO. All information here applies to the entirety of the Springfield, MO HUD Metro FMR Area.


FY 2023 Fair Market Rent Documentation System

The FY 2023 Springfield, MO HUD Metro FMR Area FMRs for All Bedroom Sizes

Final FY 2023 & Final FY 2022 FMRs By Unit Bedrooms

| Year | Efficiency | One-Bedroom | Two-Bedroom | Three-Bedroom | Four-Bedroom |
|------|-----------|-------------|-------------|---------------|--------------|
| FY 2023 FMR | $676 | $681 | $871 | $1,225 | $1,383 |
| FY 2022 FMR | $601 | $605 | $775 | $1,101 | $1,246 |

Greene County, MO is part of the Springfield, MO HUD Metro FMR Area, which consists of the following counties: Christian County, MO; Greene County, MO; and Webster County, MO. All information here applies to the entirety of the Springfield, MO HUD Metro FMR Area.


FY 2022 Fair Market Rent Documentation System

The FY 2022 Springfield, MO HUD Metro FMR Area FMRs for All Bedroom Sizes

Final FY 2022 & Final FY 2021 FMRs By Unit Bedrooms

| Year | Efficiency | One-Bedroom | Two-Bedroom | Three-Bedroom | Four-Bedroom |
|------|-----------|-------------|-------------|---------------|--------------|
| FY 2022 FMR | $601 | $605 | $775 | $1,101 | $1,246 |
| FY 2021 FMR | $591 | $595 | $760 | $1,088 | $1,241 |

Greene County, MO is part of the Springfield, MO HUD Metro FMR Area, which consists of the following counties: Christian County, MO; Greene County, MO; and Webster County, MO. All information here applies to the entirety of the Springfield, MO HUD Metro FMR Area.

# RESIDENTIAL LEASE

This Lease Agreement (the "Agreement") is made and entered on September 03, 2022 (the "Effective Date") by and between ALL Square Construction llc (the "Landlord") and the following tenants:

Michelle Harris, Edgar Harris

(the "Tenant")

Subject to the terms and conditions stated below the parties agree as follows:

**1. PREMISES.** Landlord, in consideration of the lease payments provided in this Lease, leases to Tenant the following: _____ (the "Premises") located at 1703 N. Hayes, Springfield, Missouri 65803. No other portion of the building (hereinafter, the Building), wherein the Premises is located is included unless expressly provided for in this Agreement.

**2. TERM.** The lease term will begin on September 03, 2022 ("Commencement Date") and will terminate on September 03, 2023, and thereafter shall be month-to-month on the same terms and conditions as stated herein, save any changes made pursuant to law, until terminated.

Tenant shall vacate the Premises upon termination of the Agreement, unless: (i) Landlord and Tenant have extended this Agreement in writing or signed a new agreement; (ii) mandated by local rent control law; or (iii) Landlord accepts Rent from Tenant (other than past due Rent), in which case a month-to-month tenancy shall be created which either party may terminate by Tenant giving Landlord written notice of at least 30 days prior to the desired termination date, or by Landlord giving Tenant written notice as provided by law. Rent shall be at a rate agreed to by Landlord and Tenant, or as allowed by law. All other terms and conditions of this Agreement shall remain in full force and effect.

**3. MANAGEMENT.** The Tenant is hereby notified that Adrian is the property manager in charge of the Property. Should the tenant have any issues or concerns the Tenant may contact Adrian at 1461 e. Commercial, Springfield, Missouri 65803, 4172342159, mr.allsquareconstruction@gmail.com.

**4. RENT; LEASE PAYMENTS.** "Rent" shall mean all monetary obligations of Tenant to Landlord under the terms of this Agreement, except the Security Deposit.

(a) Tenant shall pay to Landlord lease payments of $900.00, payable in advance on the first day of each calendar month, and is delinquent on the next day. Lease payments shall be made to Landlord at the address of Landlord noted in the Notices provision of this Lease which may be changed from time to time by Landlord.

(b) Rent shall be paid by the following method(s):

Cash
Money Order
Cashier's Check



# HAS PROPERTIES
421 WEST MADISON STREET
SPRINGFIELD, MISSOURI 65806-2938

(417)866-4329
TTD phone (417) 832-2039
FAX (417) 862-4263



EQUAL HOUSING
OPPORTUNITY

September 19, 2023

MICHELE HARRIS
1703 N HAYES AVE
SPRINGFIELD, MO 65803

ADRIAN LADDIMORE
1461 E COMMERCIAL
SPRINGFIELD     MO  65803

Subject: **PENDING TERMINATION OF RENTAL SUBSIDY**

In accordance with Federal Regulation (982.404, Paragraph 3), the Springfield Housing Authority will not make any Housing Assistance payments for a dwelling that has not met Housing Quality Standards.

The unit you currently occupy has not passed the Housing Quality Standards inspection. Please contact this office immediately to schedule a re-inspection to verify that repairs have been completed.

**NEED TO SCHEDULE A RE-INSPECTION** - UNIT FAILED ON: 8/22/2023 12:00:00 AM

It is MANDATORY that this re-inspection take place in order to continue your Housing Assistance. It is your responsibility to contact this office for the re-inspection after repairs are complete.

Please contact the Section 8 inspection clerk at 866-4329 ext 4562 within 10 days of this notice to schedule a re-inspection or to discuss incomplete repairs. If you do not contact this office as previously stated, your rental assistance will end immediately. Should your rental assistance end, you will be responsible for the full amount of the monthly rent.

*Halley Roope*
*Inspection/Section 8 Assistant*
*417-447-4562*

Lived here for 2yrs received Section8 it passed By a male inspetor but when the Head lady came to inspect the landlord didn't wana fix so nicole rooney apprved me to move. But not

The Housing Authority of the City of Springfield does not discriminate ~~~~~ onal origin, familial status, or disability in the application process, leasing, rental ~~~~~ ncluded in any development or project under its jurisdiction covered by a cont ~~~~~ 1937.

Legal Name Housing Authorit

## VACATE NOTICE FROM TENANT

Date: _10-2-2023_    Tenant's Name: _Michele Harris Edgar Harris_

To: Owner and H A S PROPERTIES (Housing Authority of Springfield)

This is my 30 Written notice to vacate the property located at:

_1703 N. Hayes Ave. SP MO 65803_

effective vacate date will be: _Nov. 1_                    20 _23_

_Michele Harris_     _10/2/2023_ _Edgar Harris_     _10/2/2023_
Head of Household Signature     Date     Co-Head/Spouse Signature     Date

**\*\*\*\*\*\*\*\*\*\*TO BE COMPLETED BY PROPERTY OWNER/MANAGER\*\*\*\*\*\*\*\*\*\***

Will the tenant be leaving in good standing?        Yes or No
Are there any outstanding debt or rent owed?        Yes or No

I acknowledge receiving this notice to vacate property and hereby consent to termination of existing contracts.

_____        _____
Owner/Manager Signature               Date

---

## VACATE NOTICE FROM TENANT

Date: _10-2-2023_    Tenant's Name: _Michele Harris Edgar Harris_

To: Owner and H A S PROPERTIES (Housing Authority of Springfield)

This is my 30 Written notice to vacate the property located at:

_1703 N. Hayes Ave. SP MO 65803_

effective vacate date will be: _Nov. 1_                    20 _23_

_Michele Harris_     _10/2/2023_ _Edgar Harris_     _10-2-2023_
Head of Household Signature     Date     Co-Head/Spouse Signature     Date

**\*\*\*\*\*\*\*\*\*\*TO BE COMPLETED BY PROPERTY OWNER/MANAGER\*\*\*\*\*\*\*\*\*\***

Will the tenant be leaving in good standing?        Yes or No
Are there any outstanding debt or rent owed?        Yes or No

I acknowledge receiving this notice to vacate property and hereby consent to termination of existing contracts.

# Housing Authority of Springfield

421 W. Madison St., Springfield, MO 65806
417-866-4329

| Payment Standard by Unit Bedrooms Effective November 1, 2021* | | | | | | |
|---|---|---|---|---|---|---|
| Year | 0 | 1 | 2 | 3 | 4 | 5 |
| FY 2021 | $601 | $605 | $775 | $1,101 | $1,246 | $1,433 |

**Effective 11/1/2021 for Initial Leases and Transfers. Effective 1/1/2022 for Annual Recertifications

UTILITY ALLOWANCES
Section 8 Housing Choice Voucher Program
Effective: January 1, 2022

| | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | 5 BR |
|---|---|---|---|---|---|---|
| **HEATING:** | | | | | | |
| Natural Gas | $ 25.00 | $ 29.00 | $ 36.00 | $ 45.00 | $ 53.00 | $ 59.00 |
| Electric | 19.00 | 22.00 | 29.00 | 35.00 | 41.00 | 45.00 |
| | | | | | | |
| **AIR CONDITIONING** | 5.00 | 6.00 | 8.00 | 10.00 | 12.00 | 14.00 |
| | | | | | | |
| **COOKING** | | | | | | |
| Natural Gas | 3.00 | 5.00 | 6.00 | 6.00 | 8.00 | 9.00 |
| Electric | 3.00 | 4.00 | 5.00 | 5.00 | 6.00 | 7.00 |
| | | | | | | |
| **OTHER ELECTRIC** | 15.00 | 16.00 | 19.00 | 23.00 | 25.00 | 29.00 |
| | | | | | | |
| **WATER HEATING** | | | | | | |
| Natural Gas | 8.00 | 11.00 | 14.00 | 19.00 | 23.00 | 26.00 |
| Electric | 7.00 | 9.00 | 12.00 | 14.00 | 18.00 | 19.00 |
| | | | | | | |
| **OTHER SERVICES** | | | | | | |
| Water | 19.00 | 22.00 | 24.00 | 27.00 | 29.00 | 31.00 |
| Sewer | 23.00 | 23.00 | 23.00 | 25.00 | 27.00 | 30.00 |
| Trash Collection | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 |
| Range/Microwave | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 |
| Refrigerator | 4.00 | 4.00 | 4.00 | 5.00 | 5.00 | 5.00 |
| **TOTAL** | | | | | | |

| Name | **MICHELE HARRIS** | | **Application #** | |
|------|--------------------|--|-------------------|--|
| Address | | | Voucher Size | 1 bedroom |
| Apt. # | | | **Unit Size** | |

Amber Authur, Section 8 Coordinator (417) 866-4329, ext 4562

Nichole Looney, Section 8 Coordinator (417) 866-4329, ext t 4563

*SECTION 8 HOUSING CHOICE VOUCHER PROGRAM*

*How much will I pay for rent?*

| | | | |
|--|--|--|--|
| A. Rent to Owner | | A. | |
| B. Utility Allowance (see Utility Allowance chart for total) | + B. | | |
| C. Gross Rent (Line A + Line B) | = C. | | |
| D. Payment Standard (see Payment Standard chart) | D. | $681 | |
| E. Enter Lesser of Line C or Line D | E. | | |
| F. 30% of Adjusted Monthly Income (ask Sec. 8 Coordinator) | - F. | 20 | |
| | | | |
| G. HAS portion of rent (Line E minus Line F) | = G. | | |
| H. Rent to Owner (Line A) | H. | | |
| I. HAS portion of rent (Line G) | - I. | | |
| J. Line H minus Line I = YOUR SHARE OF RENT: | = J. | | |

Negative Amount = Utility Reimbursement

*Is the rent for this unit within the guidelines?*

| | | |
|--|--|--|
| K. Your share of rent (Line J - If Line J is neg. enter 0) | K. | |
| L. Utility Allowance (Line B) | + L. | |
| M. Total Tenant Payment (Line K plus Line L) | = M. | |
| N. 40% of Adjusted Monthly Income (ask Sec. 8 Coordinator) | N. | 27 |

*40% Rent Burden Restriction applies ONLY when Line C is more than Line D.*

Is Line N more than Line M? _____Yes _____No

If *YES*, the rent for this unit is within the guidelines.

If *NO*, sorry, the rent for this unit is too high for rental assistance. You must find a cheaper unit to receive assistance.

# Housing Authority of Springfield

421 W. Madison St., Springfield, MO 65806
417-866-4329

| Payment Standard by Unit Bedrooms Effective October 1, 2022* | | | | | | |
|---|---|---|---|---|---|---|
| Year | 0 | 1 | 2 | 3 | 4 | 5 |
| FY 2022 | $676 | $681 | $871 | $1,225 | $1,383 | $1,590 |

**Effective 10/1/2022 for Initial Leases and Transfers. Effective 11/1/2022 for Annual Recertifications

## UTILITY ALLOWANCES
### Section 8 Housing Choice Voucher Program
### Effective: January 1, 2022

| | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | 5 BR |
|---|---|---|---|---|---|---|
| **HEATING:** | | | | | | |
| Natural Gas | $ 25.00 | $ 29.00 | $ 36.00 | $ 45.00 | $ 53.00 | $ 59.00 |
| Electric | 19.00 | 22.00 | 29.00 | 35.00 | 41.00 | 45.00 |
| | | | | | | |
| **AIR CONDITIONING** | 5.00 | 6.00 | 8.00 | 10.00 | 12.00 | 14.00 |
| | | | | | | |
| **COOKING** | | | | | | |
| Natural Gas | 3.00 | 5.00 | 6.00 | 6.00 | 8.00 | 9.00 |
| Electric | 3.00 | 4.00 | 5.00 | 5.00 | 6.00 | 7.00 |
| | | | | | | |
| **OTHER ELECTRIC** | 15.00 | 16.00 | 19.00 | 23.00 | 25.00 | 29.00 |
| | | | | | | |
| **WATER HEATING** | | | | | | |
| Natural Gas | 8.00 | 11.00 | 14.00 | 19.00 | 23.00 | 26.00 |
| Electric | 7.00 | 9.00 | 12.00 | 14.00 | 18.00 | 19.00 |
| | | | | | | |
| **OTHER SERVICES** | | | | | | |
| Water | 19.00 | 22.00 | 24.00 | 27.00 | 29.00 | 31.00 |
| Sewer | 23.00 | 23.00 | 23.00 | 25.00 | 27.00 | 30.00 |
| Trash Collection | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 | 14.00 |
| Range/Microwave | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 |
| Refrigerator | 4.00 | 4.00 | 4.00 | 5.00 | 5.00 | 5.00 |
| **TOTAL** | | | | | | |

# H A S PROPERTIES
## Housing Authority of the City of Springfield, Missouri

Date _____

| | |
|---|---|
| Name _____ | Application # _____ |
| Address _____ | Voucher Size _____ |
| Apt. # _____ | Unit Size _____ |

Amber Arthur, Section 8 Coordinator (417) 866-4329 ext 4562
Nichole Looney, Section 8 Coordinator (417) 866-4329 ext 4563

### *SECTION 8 HOUSING CHOICE VOUCHER PROGRAM*

### *How much will I pay for rent?*

A. Rent to Owner      A. _____

B. Utility Allowance (see Utility Allowance chart for total)   + B. _____

C. Gross Rent (<u>Line A</u> + <u>Line B</u>)    = C. _____

D. Payment Standard (see Payment Standard chart)    D. _681_

E. Enter Lesser of Line C or Line D    E. _____

F. 30% of Adjusted Monthly Income (ask Sec. 8 Coordinator)   - F. _244_

G. HAS portion of rent (<u>Line E</u> minus <u>Line F</u>)    = G. _____

H. Rent to Owner (<u>Line A</u>)    H. _____

I. HAS portion of rent (<u>Line G</u>)    - I. _____

J. Line H minus Line I = YOUR SHARE OF RENT:    = J. _____

Negative Amount = Utility Reimbursement

### *Is the rent for this unit within the guidelines?*

K. Your share of rent (<u>Line J</u> - If Line J is neg. enter 0)    K. _____

L. Utility Allowance (<u>Line B</u>)    + L. _____

M. Total Tenant Payment (<u>Line K</u> plus <u>Line L</u>)    = M. _____

N. 40% of Adjusted Monthly Income (ask Sec. 8 Coordinator)    N. _325_

### *40% Rent Burden Restriction applies ONLY when Line C is more than Line D.*

Is Line N more than Line M? _____Yes _____No

If *YES*, the rent for this unit is within the guidelines.

If *NO*, sorry, the rent for this unit is too high for rental assistance. You must find a cheaper unit to receive assistance.

HAS 142A/07-04



# HAS PROPERTIES
### 421 WEST MADISON STREET
### SPRINGFIELD, MISSOURI 65806-2938

(417)866-4329
TTD phone (417) 832-2039
FAX (417) 862-4263



EQUAL HOUSING
OPPORTUNITY

June 08, 2023

MICHELE K HARRIS
1703 N HAYES AVE
SPRINGFIELD, MO 65803

SECTION 8 HOUSING CHOICE VOUCHER ASSISTANCE PROGRAM

CONTRACT AND LEASE AGREEMENT AMENDMENT

(For Adjustment of Payment or Continuation of Contract)

The HOUSING ASSISTANCE PAYMENT CONTRACT ("CONTRACT") entered into Between the OWNER: LADDIMORE, ADRIAN and the HOUSING AUTHORITY OF SPRINGFIELD, dated: **July 01, 2023**

On behalf of the TENANT ("FAMILY"): **MICHELE K HARRIS** who holds the Housing Choice Voucher: **V111391** for the following described unit: **1703 N HAYES AVE SPRINGFIELD, MO 65803** Is hereby amended for the following reason(s):

X      Interim adjustment due to family income, composition, or expenses

        Changes in allowance for utilities and other services to **$0.00**

        Annual Re-examination

| ADJUSTMENT IN PAYMENT | FROM | TO |
|---|---|---|
| Hap to Owner | $490.00 | $487.00 |
| Family Payment to Owner | $210.00 | $213.00 |
| Total Contract Rent | $700.00 | $700.00 |

**EFFECTIVE DATE**

This extension of the Housing Assistance Payments Contract and Lease Agreement will be effective: **July 01, 2023** through **November 30, 2023**.

This notice shall be attached to and made a part of your Housing Assistance Payments Contract and/or Lease Agreement. All other covenants, terms and conditions of the original Housing Assistance Payments Contract and/or Lease Agreement remain in effect.

**Nichole Looney - S8 Coordinator**
**417-447-4563**



# HAS PROPERTIES

421 WEST MADISON STREET
SPRINGFIELD, MISSOURI 65806-2938

(417)866-4329
TTD phone (417) 832-2039
FAX (417) 862-4263

*the housing authority*

June 08, 2023

MICHELE K HARRIS
1703 N HAYES AVE
SPRINGFIELD, MO 65803

Special Rent Change

Your special re-examination has been completed and you are still eligible for rental subsidy through the Section 8 Housing Assistance Program.

Effective **July 01, 2023**, your rent will be **$213.00**.

It is necessary for you and your landlord to sign and date the enclosed amendments. EACH OF YOU SHOULD KEEP A COPY   Return only ONE copy to HAS PROPERTIES immediately.  Payment can only be issued when OUR signed copy is received. DO NOT UNSTAPLE THE COPIES!!!

The previous amount paid to your landlord has been sent.  We will be issuing an additional payment to make up the difference in the new payment only when we receive your copy of the signed amendment.

If you have already paid your portion of rent to the landlord, you are responsible for contacting the landlord to discuss arrangements regarding over or underpayments.

If you have any questions regarding changes in your rent, please call the number below.

DO NOT MAKE CHANGES ON THE FORMS.

**Nichole Looney - S8 Coordinator**
**417-447-4563**

Enclosures - Amendments

*[handwritten, top right:] this is my ?? residence. Nicole Looney gave me permission to move without owners permission Because he didn't ?? failed inspection ??*

*[handwritten, lower:] nicole Looney would not allow me to move out of sewage. notice nicole Looney didn't sign These 30 day notice either.*

# HOUSING AUTHORITY OF SPRINGFIELD (HAS PROPERTIES)
## __Obligations of the Family__
The family must follow the rules listed below to be eligible
for participation in the housing choice voucher program.

---

The family must:

1. Supply **any** information that the PHA or HUD determines to be necessary including evidence of citizenship or eligible immigration status, and information for use in a regularly scheduled reexamination or interim reexamination of family income and composition. This includes appearing for scheduled appointments.

2. Disclose and verify social security numbers, sign and submit consent forms for obtaining information.

3. Notify the PHA *in writing* regarding changes in income within **ten (10) days.**

4. Supply any information requested by the PHA to verify that the family is living in the unit or information related to family absence from the unit.

5. Promptly notify the PHA in writing when the family is away from the unit for an extended period of time (more than two weeks) in accordance with PHA policies.

6. Allow the PHA to inspect the unit at reasonable times and after reasonable notice.

7. Notify the PHA and the owner *in writing before* moving out of the unit or terminating the lease.

8. Use the assisted unit for residence by the family. The unit must be the family's only residence.

9. Request PHA and Owner *written* approval before allowing any other person to move into the rental property. This includes the birth, adoption, or court-awarded custody of a child.

10. Notify the PHA *in writing*, within **ten (10) days**, if any family member no longer lives in the unit.

11. Give the PHA a copy of any owner eviction notices within **ten (10) days.**

12. Pay family portion of the rent each month by the due date.

13. Pay utility bills, provide, and maintain any appliances that the owner is not required to provide under the lease.

14. Keep the home, yard, and surrounding area clean and sanitary.

15. Supply information that is true and complete.

The family (including each family member) __must not__:

1. Own or have any interest in the unit.

2. Commit any serious or repeated violation of the lease.

3. Commit fraud, bribery or any other corrupt or criminal act in connection with the program.

4. Engage in drug-related criminal activity or violent criminal activity or other criminal activity that threatens the health, safety or right to peaceful enjoyment of other residents and persons.

5. Sublease or let the unit or assign the lease or transfer the unit.

6. Receive housing choice voucher program housing assistance while receiving another housing subsidy, for the same unit or a different unit under any other Federal, State, or local housing assistance program.

7. Damage the unit or premises (beyond normal wear and tear) or permit any guest to damage the unit or premises.

8. Receive housing choice voucher program housing assistance while residing in a unit owned by a parent, child, grandparent, grandchild, sister or brother of any member of the family, unless the PHA has determined (and has notified the owner and the family of such determination) that approving rental of the unit, notwithstanding such relationship, would provide reasonable accommodation for a family member who is a person with disabilities.

9. Engage in abuse of alcohol or drugs in a way that threatens the health, safety or right to peaceful enjoyment of the other residents and persons residing in the immediate vicinity of the premises.

10. Engage in or threaten abusive or violent behavior toward PHA personnel.

My/Our Signature below is certification that I/We have read and agree to all of the obligations listed above. I/We understand that all family obligations apply to each member of the household. I/We understand that violation of any family obligation is grounds for **IMMEDIATE TERMINATION OF RENTAL ASSISTANCE.**

Head of Household Signature                     OCT 2 5 2023
                                                Date

                                                OCT 2 5 2023

## Housing Assistance Payments Contract

### (HAP Contract)
### Section 8 Tenant-Based Assistance
### Housing Choice Voucher Program

**U.S. Department of Housing
and Urban Development**
Office of Public and IndianHousing

---

Part A of the HAP Contract: Contract Information
(To prepare the contract, fill out all contract information in Part A.)

1. Contents of Contract This
    HAP contract has three parts:
    Part A: Contract Information
    Part B: Body of Contract Part
    C: Tenancy Addendum

2. Tenant

   MICHELE K HARRIS

3. Contract Unit

   1012 E DIVISION ST
   SPRINGFIELD, MO 65802

4. Household
   The following persons may reside in the unit. Other persons may not be added to the household without prior written approval of the owner and the PHA.

   MICHELE K HARRIS                                    EDGAR S HARRIS

   MYLA WALKER

5. Initial Lease Term
   The initial lease term begins on (mm/dd/yyyy): **10/26/2023**

   The initial lease term ends on (mm/dd/yyyy): **09/30/2024**

6. Initial Rent to Owner

   The initial rent to owner is: $ **900.00**
   During the initial lease term, the owner may not raise the rent to owner.

7. Initial Housing Assistance Payment

   The HAP contract term commences on the first day of the initial lease term. At the beginning of the HAP contract term, the amount of the housing assistance payment by the PHAto the owner is $ **44.00** per month.
   The amount of the monthly housing assistance payment by the PHA to the owner is subject to change during the HAP contract term in accordance with HUD requirements.

Nichole Looney

H A S Properties


Experience Experience

H A S Properties A S Properties

Full-time · 34 yrs. 6 mos. Full-time · 34 yrs. 6 mos.

Emergency Housing Voucher Coordinator Emergency Housing Voucher Coordinator

Dec 2021 - Present · 2 yrs. 7 mos. Dec 2021 to Present · 2 yrs. 7 mos.

Family Self Sufficiency Coordinator Family Self Sufficiency Coordinator

Dec 2021 - Present · 2 yrs. 7 mos. Dec 2021 to Present · 2 yrs. 7 mos.

Section 8 Coordinator Section 8 Coordinator

Jan 1990 - Present · 34 yrs. 6 mos.

we moved in October 26 2023 we had back up in basement, it flooded called several times after that until April we called landlord office spoke with sara she said its ok we will make a note and get someone out there, no one came two weeks ago by we called the city of Springfield, environmental health, health department, HUD housing in Washington spoke to Arline Ozores an investigator for HUD, she sent Rebecca to mediate a informal hearing between Teresa Osborne and Nicole looney, that resulted in Nicole looney admitting on recording that she did not give me my yearly raises that came in 2022,2023,2024 she said she would fix but Teresa Osborne terminated my section 8, in the meantime hs properties my landlord sara has told my current landlord i was late on my rent 3 months and don't pay on time. Also told HAS PROPERTIES HOUSING AUTHORITY they want to evict me because i moved out and broke my lease after I spoken to and got a yellow dangerous building posted to my door by BDS, HS properties mgt refuse to sign the proper paperwork that housing authority gave me to take to the landlord for permission to move. landlord refused so i took the paper back to Teresa like she told me, if Sonya don't sign bring it back to housing authority and she said she would handle it and all it got me was kicked out of section 8 Nicole looney said she admitted on my recording of the informal meeting she did not and is responsible for not giving me the yearly section 8 raises for the rent. Nicole looney knew and willingly didn't give me those raises acting under the color of law, which resulted in me paying 856.00 on a 900.00-dollar rental and section 8 was paying 44 dollars when brought up in the meeting Nicole looney and Teresa said they would fix this but instead when they knew this was fraudulent the immediately kicked me out and had the same paperwork from the meeting and back dated the same letter to terminate my section 8. is the same letter Teresa Osborn and Nicole looney had drawn up with the decision to terminate but they went through formality, so they won't get caught then when sent to HUD to Arlene Ozores she sent a mediator Rebecca she said nothing in the meeting and all these employees swept it under the rug. Because 1012 has not been supposed

to be rented as of 2021 per the city and BDS inspector Chad city of Springfield Phil barber also stated I was being held under duress (hostage) I was threatened by manager Sonya that she would call the police on me because when I went to HS Mgt after telling sect 8 she won't sign, as she already told Nicole looney, and she had not told Teresa Osborn she had spoken to Sonya. Sonya didn't sign my thirty day i said to her you know you wrong for making me live in sewage Sonya screamed at me and said if I talked to her like that again she would call the police on me if I came back to that office, i just got out of surgery still under anesthesia and I was on crutches. When the housing authority had a meeting with me and my husband it was mentioned in a lie. I waved my cane at her, and she was scared behind plex glass, and I could not walk without any help. Sonya has admitted to coming in my house with the owner to change a filter in our bedroom and they claim they couldn't find it yet instead Sonya took it upon herself to rummage through our belongings found an old food flyer from our old business and took it personally to Nicole looney and said we didn't report this income, I explained to everyone in the meeting at housing authority that number don't exist and that explains why Sonya said when she came in my house she couldn't find my filter, you can't miss it when you open the bedroom doors all these events are recorded so no lies can be told only truth be unfolded


HOUSING AUTHORITY 421 WEST MADISON ST SP MO 65807 417-866-4329 ext. 4561 Teresa Osborn, COS, TCS, RAD/PBV, HQS Director of Housing Programs and Nicole looney H A S Properties 417-866-4329 emergency housing voucher coordinator of section 8

Can I move and continue to receive housing choice voucher assistance?

A family's housing needs change over time with changes in family size, job locations, and for other reasons. The housing choice voucher program is designed to allow families to move without the loss of housing assistance. Moves are permissible as long as the family notifies the PHA ahead of time, terminates its existing lease within the lease provisions, and finds acceptable alternate housing.

Under the voucher program, new voucher-holders may choose a unit anywhere in the United States if the family lived in the jurisdiction of the PHA issuing the voucher when the family applied for assistance. Those new voucher-holders not living in the jurisdiction of the PHA at the time the family applied for housing assistance must initially lease a unit within that jurisdiction for the first twelve months of assistance. A family that wishes to move to another PHA's jurisdiction must consult with the PHA that currently administers its housing assistance to verify the procedures for moving.

Can I move and continue to receive housing choice voucher assistance?

A family's housing needs change over time with changes in family size, job locations, and for other reasons. The housing choice voucher program is designed to allow families to move without the loss of housing assistance. Moves are permissible as long as the family notifies the PHA ahead of time, terminates its existing lease within the lease provisions, and finds acceptable alternate housing.

Under the voucher program, new voucher-holders may choose a unit anywhere in the United States if the family lived in the jurisdiction of the PHA issuing the voucher when the family applied for assistance. Those new voucher-holders not living in the jurisdiction of the PHA at the time the family applied for housing assistance must initially lease a unit within that jurisdiction for the first twelve months of assistance. A family that wishes to move to another PHA's jurisdiction must consult with the PHA that currently administers its housing assistance to verify the procedures for moving.

# H A S Properties
## Request for Staff Reply

Unfortunately staff members are not always available
to see you when you come to the office.

I need to talk to:

_____

I need to discuss: *Problems at my home*
*& with the Landlord*

nicole Cooney
said I never
came to the
office to report
my complaint.
Front Desk clerk
Wrote this.

Name: *Michele Harris*

Phone Number: (417) 901-3154

The best time to call me between 8 a.m. & 5 p.m. is:



"the housing authority"

421 W. Madison
Springfield, MO
(417)-866-4329

# FAMILY HANDBOOK

# A Guide for Families Participating In the Section 8 Housing Choice Voucher Program

# Program Review and Tenant Integrity



s in

ncy

The Housing Authority of Springfield takes program abuse or misconduct very seriously. The Housing Authority must assure that public funds are being paid on behalf of qualified and eligible participants. Housing Authority staff will investigate all suspected program abuse or misconduct.

In addition to conducting investigations into suspected program abuse, a conference may be conducted with participants suspected of violating program requirements. The conference will reinforce the housing assistance participants' obligation to comply with program regulations. The Housing Authority staff conducts quality control inspections and audits of housing assistance files. Confirmation and verification of participant information and housing quality standards is obtained by visual inspection of units and file examination.

It is important that you understand that all information provided to the Housing Agency must be true and complete and is subject to additional review by staff. Should your file be chosen for review, you must agree to cooperate with any required verifications, inspections, and/or conferences. Do not risk losing your Section 8 rental assistance by providing false, incomplete, and/or inaccurate information on your application and recertification forms.

section.

The Housing Agency may deny program assistance for an applicant, or terminate program assistance for a participant, for any of the reasons listed below:

❖ If the family violates any family obligation;

❖ If any member of the family has ever been evicted from public housing;

❖ If any member of the family participates in illegal drug or criminal activity, including sexual offenses;

❖ If any member of the family commits fraud, bribery, or any other corrupt or criminal connection with any federal housing program;

❖ If the family currently owes any money to the Housing Agency or another Housing in connection with Section 8 or Public Housing Programs;

❖ If the family breaches an agreement with the Housing Agency to pay amounts owed to Housing Agency, or amounts paid to an owner by a Housing Agency;

❖ If the family engaged in, threatened or displayed abusive or violent behavior toward Housing Agency personnel. Abusive includes cussing or intimidating behavior;

❖ If there are serious or repeated violations of the lease;

❖ If the family fails to pay or withholds its portion of the rent for any reason.

❖ If the family causes damages to the unit and they do not reimburse the Landlord for th costs.

❖ If the family fails to accept or pick up letters regarding termination or other program requirements.

As a section 8 participant, you must keep the HUD subsidized unit in a good, clean living condition.

03/05/2018                                                    10

HAS PROPERTIES COPY

## VACATE NOTICE FROM TENANT

Date: 5/7/24                Tenant's Name: Michele Akers

To: Owner and H A S PROPERTIES (Housing Authority of Springfield)

This is my 30 Written notice to vacate the property located at:

1012 E division St. Sp. Mo 65803

effective vacate date will be: May 31 st          20 24

_____          _____
Head of Household Signature     Date

_____          _____
Co-Head/Spouse Signature        Date

Land lord was given a notice from city springfield buildings
and to vacate

******** TO BE COMPLETED BY PROPERTY OWNER/MANAGER********

Will the tenant be leaving in good standing?        Yes or (No)
Are there any outstanding debt or rent owed?        (Yes) or No

I acknowledge receiving this notice to vacate property and hereby consent to
termination of existing contracts.

_____
Owner/Manager Signature

5/8/2024
Date

MAY 07 2024

# VOLUNTARY PORTABILITY REQUEST

PRINT FULL NAME _Michele Harris_ LAST 4 SS # _6984_

PHONE # _417 901-2154_ ADDRESS _1012 E division_

I, _Michele Harris_ **request that the Housing Authority**
**of Springfield , Missouri, transfer my Section 8 Voucher to the location listed below.**


**Housing Authority Name** _HAS property_

**Housing Authority Address** _421 W madison_

**City, State and Zip Code** _Springfield MO 65806_

**Contact Person** _Nickie Looney_

**Phone Number** _417-866-4329_ _(Ext. 4563)_ **Fax Number** _417 862-4263_

**Email Address** _nikki@hasproperties.org_


**As the initial Housing Authority, the Housing Authority of the City of Springfield, Missouri, will**
**limit my ability to transfer to the jurisdiction of other Housing Agencies to once in any twelve-**
**month period.**

**I understand that by signing this statement, I must 1). Contact the receiving Housing**
**Authority to schedule a portability appointment and attend a briefing/orientation 2). I must**
**follow the receiving Housing Authorities policies and procedures 3). A different voucher size**
**may be issued to me based on family composition and the receiving Housing Authority's**
**occupancy guidelines.**


**Voucher Participant Signature** _Michele Harris_

**Date** _5/8/2024_ **Lease End Date** _____

FRONT DESK

MAY 08 2024



# HAS PROPERTIES
### 421 WEST MADISON STREET
### SPRINGFIELD, MISSOURI 65806-2938

(417)866-4329
TTD phone (417) 832-2039
FAX (417) 862-4263



**EQUAL HOUSING OPPORTUNITY**

MICHELE HARRIS

1012 E DIVISION ST

SPRINGFIELD, MO 65802

HS PROPERTY MANAGEMENT

2545 E DIVISION ST

SPRINGFIELD     MO   65803

Dear  MICHELE HARRIS                                                                                     05/07/2024

The following are items that recently failed inspection at the listed unit. If any of the listed items are a result of damages by the tenant family or visitors then it is the responsibility of the tenant to make sure the repairs are completed. You will need to discuss with the landlord about how he/she would like the repairs to be handled. **When the deficiencies have been corrected, please call the office for a re-inspection date.**

Deficiencies must be corrected within 30 days from the date of  this letter.

Under part B of the HAP Contract it states that we are not to make any housing assistance payment if the contract unit does not pass inspection unless the owner corrects the defect within the time period specified. If the unit does not pass within the specified period of time as listed above the payments will be stopped  the first day of the following month.

Please be advised that the landlord is not allowed under the Tenancy Addendum to collect our portion of the rent from the tenant and that our failure to pay the housing assistance payment is not a lease violation.

Inspected On: 5/6/2024 12:00:00 AM

Inspected By: DAVE JOHNSON

Status: **Inspection Failed**

Thank you for your time and attention to this matter. If I can be of any assistance, please call me.

# Items to be Repaired

# Fail

| | |
|---|---|
| **Area:** | Bathroom                                              UPSTAIRS BATHROOM |
| **Item:** | Window Condition |
| **Deficiency:** | Miscellaneous Deficiency |
| **Comments :** | WINDOW WONT STAY UP AND HAS NO LOCK ON IT |
| **Area:** | Bathroom |
| **Item:** | Floor Condition |
| **Deficiency:** | Miscellaneous Deficiency |
| **Comments :** | VENT IN FLOOR NEEDS REPLACED |
| **Area:** | Other Rooms Used for Living and Halls        FRONT BEDROOM |
| **Item:** | Window Condition |
| **Deficiency:** | Miscellaneous Deficiency |
| **Comments** | BROKEN PANE ON WINDOW NEEDS REPLACED/REPAIRED |

Halley Roope

Inspection Coordinator

(417) 447-4562

hroope@hasproperties.org



# HAS PROPERTIES
### 421 WEST MADISON STREET
### SPRINGFIELD, MISSOURI 65806-2938

(417)866-4329
TTD phone (417) 832-2039
FAX (417) 862-4263



EQUAL HOUSING
OPPORTUNITY

:

**Area:** Other Rooms Used for Living and Halls     FRONT BEDROOM

**Item:** Wall Condition

**Deficiency:** Miscellaneous Deficiency

**Comments** FILTER NEEDS CHANGED

:

**Area:** Heating and Plumbing     BASEMENT

**Item:** Sewer Connection

**Deficiency:** Miscellaneous Deficiency

**Comments** DRAIN IN FLOOR HAS STANDING WATER IN IT

:

Halley Roope
Inspection Coordinator
(417) 447-4562
hroope@hasproperties.org



# HAS PROPERTIES

### 421 WEST MADISON STREET
### SPRINGFIELD, MISSOURI 65806-2938

(417) 836-4329
TTD phone (417) 832-2039
FAX (417) 862-4263

*the housing authority*



**EQUAL HOUSING OPPORTUNITY**

05/08/2024

MICHELE K HARRIS
1012 E DIVISION ST
SPRINGFIELD, MO 65302

**Due Date: May 18, 2024**

## VERIFICATION / INFORMATION REQUESTED

The verification or information below needs to be submitted by May 18, 2024 to avoid your assistance being affected.

*this is the same day repairs Had to be completed BY the city BDS inspector. This was never da*

NEED LAST 3-4 CHECK STUBS FOR UBER EATS

If you have any questions please call me at 866-4329 ext 4563.

**Nichole Looney - S8 Coordinator**
**417-447-4563**

*BACk on next Page*

*If I'm Terminated and moved Out Why are you asking for my Work information*

*When you already had. it. But nicleLooney used my daughtes income to determine my sct. 8 she was in school and reported Sccb*

The Housing Authority of the City of Springfield does not discriminate against anyone because of race, creed, color, sex, age, religion, national origin, familial status, or disability in the application process, leasing, rental, or occupancy of facilities included in the development of a project within the jurisdiction covered by a contract for annual contributions under the United States Housing Act of 1937.

3674326

## Income Report for Household of MICHELE K HARRIS

| | | | |
|---|---|---|---|
| **PHA Code:** | MO058 | **Program Type:** | Sec.8 Vouchers |
| **PHA Name:** | MO058 SPRINGFIELD | **Project:** | |
| **Annual Reexamination Date:** | 12/01/2023 | **Form 50058 as of:** | 07/14/2023 |
| **Address:** | 1703 N HAYES AVE SPRINGFIELD MO 65803 | | |
| **Most Recent Type of Action:** | 3-Interim Reexamination | **Effective Date:** | 07/01/2023 |

### Head of Household: MICHELE K HARRIS

| | | |
|---|---|---|
| **Social Security Number:** ***-**-6984 | **Date of Birth:** | XX/XX/1972 |

**Confidential Privacy Act Data. Civil and Criminal penalties apply to misuse of this data.**

Report Generated By - **MZ4XXX** NICOLE LOONEY

| | | | |
|---|---|---|---|
| Household Member: | MICHELE K HARRIS | SSN: | ***-**-6984 |
| Date of Birth: | XX/XX/1972 | Relationship: | Head |
| Date Verified: | 06/06/2023 | Verification Status/Codes: | Verified |

### Employment Information

| Hire Date | Hire State | FEIN | Employer Name and Address | Date Received by EIV |
|---|---|---|---|---|
| 08/24/2021 | | 43-1369185 | NAEGLER BROTHERS INC<br>3023 S SCENIC AVE, SPRINGFIELD MO 65807-3925 | 02/11/2023 |
| 05/17/2021 | | 42-1435913 | CASEY'S MARKETING COMPANY<br>1 SE CONVENIENCE BLVD, ANKENY IA 50021-9672 | 02/11/2023 |
| 05/07/2012 | AZ | 34-1603045 | NESCO SERVICE COMPANY<br>14310 CARLSON CIR, TAMPA FL 33626-3003 | 05/16/2012 |
| 10/06/2011 | AZ | 86-0784358 | LANDMARK FOODS INC<br>930 E OSBORN RD, PO BOX 2166, PHOENIX AZ 85001-2166 | 11/16/2011 |
| 03/31/2011 | AZ | 36-3334454 | DIVERA LTD 23290<br>6005 S CENTRAL AVE STE 207 STE 199, PHOENIX AZ 85042-4234 | 04/27/2011 |
| 11/24/2008 | AZ | 75-3215737 | PROVINCIA STAFFING LLC<br>17505 N 79TH AVE STE 101, GLENDALE AZ 85308-8724 | 09/22/2010 |

*[handwritten notes: "Do not work for these employers"]*

### Wages

| Pay Period | Amount | FEIN | Employer Name and Address | Date Received by EIV |
|---|---|---|---|---|
| Q1 of 2022 | $880.00 | 43-1914965 | HUMAN RESOURCE STAFFING,<br>1456 TRIAD CENTER DR, SAINT PETERS MO 63376-7351 | 02/13/2023 |
| Q4 of 2021 | $2,653.00 | 43-1914965 | HUMAN RESOURCE STAFFING,<br>1456 TRIAD CENTER DR, SAINT PETERS MO 63376-7351 | 02/13/2023 |
| Q4 of 2021 | $1,339.00 | 43-1369185 | NAEGLER BROTHERS INC<br>3023 S SCENIC AVE, SPRINGFIELD MO 65807-3925 | 02/13/2023 |
| Q3 of 2021 | $1,070.00 | 43-1369185 | NAEGLER BROTHERS INC<br>3023 S SCENIC AVE, SPRINGFIELD MO 65807-3925 | 02/13/2023 |
| Q3 of 2021 | $1,159.00 | 42-1435913 | CASEY'S MARKETING COMPANY<br>ONE CONVENIENCE BLVD, PO BOX 3001, ANKENY IA 50021-8045 | 02/13/2023 |
| Q2 of 2021 | $1.00 | 33-0777131 | ADVANTAGE SALE & MARKETING LLC<br>18100 VON KARMAN AVE STE 900, IRVINE CA 92612-7195 | 02/13/2023 |
| Q2 of 2021 | $1,589.00 | 42-1435913 | CASEY'S MARKETING COMPANY<br>ONE CONVENIENCE BLVD, PO BOX 3001, ANKENY IA 50021-8045 | 02/13/2023 |
| Q1 of 2012 | $1,501.00 | 36-3334454 | MCDONALDS RESTAURANT<br>DEL RIO, LTD, DBA, MCDONALD'S RESTAURANT, % JULIAN NABOZNY, PHOENIX AZ 85040 | 08/18/2012 |
| Q4 of 2011 | $288.00 | 86-6004791 | ARIZONA COLISEUM EXPOSITION CENTER<br>1826 W MCDOWELL RD, PHOENIX AZ 85007-1612 | 05/16/2012 |
| Q4 of 2011 | $1,130.00 | 36-3334454 | MCDONALDS RESTAURANT<br>DEL RIO, LTD, DBA, MCDONALD'S RESTAURANT, % JULIAN NABOZNY, PHOENIX AZ 85040 | 05/16/2012 |
| Q4 of 2011 | $297.00 | 86-0784358 | LANDMARK FOODS INC<br>930 E OSBORN RD, PHOENIX AZ 85014-5220 | 05/16/2012 |
| Q3 of 2011 | $1,750.00 | 36-3334454 | MCDONALDS RESTAURANT<br>DEL RIO, LTD, DBA, MCDONALD'S RESTAURANT, % JULIAN NABOZNY, PHOENIX AZ 85040 | 02/17/2012 |
| Q2 of 2011 | $1,876.00 | 36-3334454 | MCDONALDS RESTAURANT<br>DEL RIO, LTD, DBA, MCDONALD'S RESTAURANT, % JULIAN NABOZNY, PHOENIX AZ 85040 | 11/17/2011 |

*[handwritten notes: "Last employ... 2/14/2022", "Don't work for a living 0 wages anymore"]*

### Unemployment Benefits

 Gmail

**Michele Harris <harrismichele27@gmail.com>**

## Re: <External Message> Re: Email communication
6 messages

**Ozores, Arlene** <Arlene.Ozores@hud.gov>           Fri, May 24, 2024 at 7:32 AM
To: Michele Harris <harrismichele27@gmail.com>
Cc: Teresa Osborn <tosborn@hasproperties.org>

Good morning Ms. Harris. I've received the pictures of the home conditions claimed and of documents last night. At this time it looks like all of the information provided justifies the PHA's and landlord findings. It is my understanding that the lease agreement was signed in November 2023 for a term of 12 months. The yellow notice on the door is not sufficient evidence to contradict the letters issued. An inspection is scheduled to verify the corrections to the findings on May 28th.

**From:** Michele Harris <harrismichele27@gmail.com>
**Sent:** Thursday, May 23, 2024 3:44 PM
**To:** Ozores, Arlene <Arlene.Ozores@hud.gov>
**Subject:** <External Message> Re: Email communication

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to phishing@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within QWA.

Dave Johnson from Housing authority called me on May 28th said he was at 1012 E advised I told him I don't live there anymore he said he didn't need to inspect the house held t.



# HAS PROPERTIES
### 421 WEST MADISON STREET
### SPRINGFIELD, MISSOURI 65806-2938

(417)866-4329
TTD phone (417) 832-2039
FAX (417) 862-4263


**EQUAL HOUSING OPPORTUNITY**

May 24, 2024

MICHELE AND EDGAR HARRIS
1012 E DIVISION
SPRINGFIELD, MO 65802

Subject: END OF PARTICIPATION

The Housing Authority of the City of Springfield has terminated the Housing Assistance Payments Contract with your landlord effective MAY 31, 2024. The reason for this decision is based on the following:

> **1. You vacated the property at 1012 E. Division on May 15, 2024.**

Beginning June 1, 2024 you will be responsible for the full portion of the rent. The Housing Authority of Springfield will no longer provide rental assistance payments on your behalf.

Based on the grounds of this termination, you will be leaving the Section 8 Housing Choice Voucher program in bad standing and will not be eligible for future assistance. This decision is based on the following:

1. You failed to give proper 30-day notice of your intention to move.
2. You failed to live in the Housing Choice Voucher assisted unit for the full 12-month term of the lease agreement.
3. You moved from the assisted unit leaving behind personal property, trash, and debris.

**INFORMAL HEARING PROCEDURE:**
You can request an informal hearing to reconsider any part of this decision by writing a letter to HAS Properties Hearing Officer, clearly explaining why you believe that an error has been made. Your letter **MUST BE** received by mailing or hand delivering to: HAS Properties, Attention: Hearing Officer, 421 W. Madison, Springfield, MO 65806 **no later than 4:00 pm, June 7, 2024.** If your request is not received by the deadline as stated, you will waive your right to a hearing and the decision to terminate your assistance will become final.

Sincerely,

*Teresa Osborn*
Teresa Osborn
Director of Housing Programs

*Termination says
I did not give
the proper
30-day notice
Of my intention
to move But I did*

→ *see
next
page*

The Housing Authority of the City of Springfield does not dis
religion, national origin, familial status, or disability in the a

**From:** Michele Harris <harrismichele27@gmail.com>
**Sent:** Monday, June 24, 2024 3:59 PM
**To:** nikkil <nikkil@hasproperties.org>
**Subject:** Fwd: Hearing Request

[Quoted text hidden]

---

**Michele Harris** <harrismichele27@gmail.com>                    Mon, Jun 24, 2024 at 8:05 PM
To: nikkil <nikkil@hasproperties.org>

Ok, thank you.
[Quoted text hidden]

# § 982.551 Obligations of **participant**.

**(e) *Violation of lease.*** The family may not commit any serious or repeated violation of the lease.

# § 982.552 **PHA** denial or **termination of assistance** for **family**.

**a) *Action or inaction by family.***

**(1)** A PHA may deny assistance for an applicant or terminate assistance for a participant under the programs because of the family's action or failure to act as described in this section.

**(2)** Denial of assistance for an applicant may include any or all of the following: denying listing on the PHA waiting list, denying or withdrawing a voucher, refusing to enter into a HAP contract or approve a lease, and refusing to process or provide assistance under portability procedures.

**(c) *Authority to deny admission or terminate assistance***—(1) *Grounds for denial or termination of assistance.* The PHA may at any time deny program assistance for an applicant, or terminate program assistance for a participant, for any of the following grounds:

**(i)** If the family violates any family obligations under the program (see § 982.551).

**HAS PROPERTIES – ADMINSTRATIVE PLAN**
**3-III.E. CRITERIA FOR DECIDING TO DENY ASSISTANCE**
**Evidence [24 CFR 982.553(c)]**

> HAS Policy
>
> The PHA will use the concept of the preponderance of the evidence as the standard for making all admission decisions.
>
> *Preponderance of the evidence* is defined as evidence which is of greater weight or more convincing than the evidence which is offered in opposition to it; that is, evidence which as a whole shows that the fact sought to be proved is more probable than not.
> Preponderance of the evidence may not be determined by the number of witnesses, but by the greater weight of all evidence.

**Restrictions on Elective Moves [24 CFR 982.354(c)]**

HUD regulations permit the PHA to prohibit any elective move by a participant family during the family's initial lease term. They also permit the PHA to prohibit more than one elective move by a participant family during any 12-month period.

> HAS Policy
>
> The PHA will deny a family permission to make an elective move during the family's initial lease term. This policy applies to moves within the PHA's jurisdiction or outside it under portability.
>
> The PHA will also deny a family permission to make more than one elective move during any 12-month period. This policy applies to all assisted families residing in the PHA's jurisdiction.

Subject: Hearing Request
To: Michele Harris <harrismichele27@gmail.com>

hello ms looney i have not heard from your office on any updates. but i thought you would like to know that when you were being recorded and said my section 8 was not terminated and you said you didnt give me my alotments you said that my sectiion 8 was not terminated and it was all on you and you would fix it? Now can you really fix what teressa has done or were you in on it and she didnt tell you. i think you should read the letter teressa sent me and im sending this to the city and attorney general and hud investigator as we speak . have a great hope to hear from you soon. 417-901-2154

This is to confirm I have received your request for an Informal Hearing. I have forwarded your request to the hearing officer. I am attaching a copy of the notice that was mailed to you since you stated you have not received it. You will be contacted by phone to schedule the Informal Hearing. I will provide the Hearing officer with the phone number of 417-901-2154 to contact you. Please let me know if you prefer a different means of notification.

*Teresa Osborn*

Teresa Osborn, COS, TCS, RAD/PBV, HQS

Director of Housing Programs

Housing Authority of Springfield, Missouri

MO058

417-866-4329 ext. 4561

tosborn@hasproperties.org

**From:** Michele Harris <harrismichele27@gmail.com>
**Sent:** Thursday, June 6, 2024 11:53 AM
**To:** Teresa Osborn <tosborn@hasproperties.org>
**Cc:** Ozores, Arlene <Arlene.Ozores@hud.gov>
**Subject:**

I have just got off tbe phine with arlene and she said to ask for a informal Meeting and that the paperwork was sent out and because of thw address change I may not receive the letter in time so im asking if I may have one

---------- Forwarded message ---------
From: **Teresa Osborn** <tosborn@hasproperties.org>
Date: Thu, Jun 6, 2024 at 3:04 PM
Subject: Hearing Request
To: Michele Harris <harrismichele27@gmail.com>

hello ms looney i have not heard from your office on any updates. but i thought you would like to know that when you were being recorded and said my section 8 was not terminated and you said you didnt give me my alotments you said that my sectiion 8 was not terminated and it was all on you and you would fix it? Now can you really fix what teressa has done or were you in on it and she didnt tell you. i think you should read the letter teressa sent me and im sending this to the city and attorney general and hud investigator as we speak . have a great hope to hear from you soon. 417-901-2154

[Quoted text hidden]

📎 **Harris Termination.pdf**
170K

---

**nikkil** <nikkil@hasproperties.org>                    Mon, Jun 24, 2024 at 5:33 PM
To: Michele Harris <harrismichele27@gmail.com>

Teresa is still working on your case. I take it she will need to get with the hearing officer for her to get the final ruling. At the time we had spoken your assistance had not been formally terminated until the final say from the hearing officer. If anything is to be retracted or reversed regarding your assistance being terminated, you will be notified. I don't know that a decision has been made yet. I'm sure they are still working on it.

I'm not sure what you are referring to as me "being in on it" but to be clear, it is out of my hands on any determination of your assistance at this time. If you were to be re-stated, then I will be glad to continue assisting you with your housing voucher & eligibility.

**NICHOLE LOONEY**

Section 8 Coordinator (A-L)

Vash Hsg Coordinator (A-L)

Emergency Hsg Vchr Coordinator

Family Self Sufficiency Coordinator

HAS Properties

421 W Madison

Springfield MO 65806

*[handwritten notes:]* May 24th I was terminated By letter in the mail as you see in this email she lied and said Teressa osborn was still working on my case.





# HAS PROPERTIES
### 421 WEST MADISON STREET
### SPRINGFIELD, MISSOURI 65806-2938

(417) 866-4329
TTY (800) 735-2966 Relay Missouri
FAX (417) 862-4263



**EQUAL HOUSING OPPORTUNITY**

June 7, 2024

MICHELE HARRIS
Email: harrismichele27@gmail.com

## NOTIFICATION OF INFORMAL HEARING

| *BRING PICTURE ID WITH YOU* | *ALL ADULTS IN HOUSEHOLD MUST ATTEND* |
|---|---|

Date and Time of Hearing:

Tuesday, June 11, 2024 at 9:00 a.m.
**If you cannot attend this appointment, please call 417-447-4586 as soon as possible.**

Location of Hearing:

HAS PROPERTIES
Madison Tower
421 W MADISON
SPRINGFIELD, MO 65806

Hearing Officer: Rebecca Pashia
Date eviction / ineligible letter sent: 5/24/2024
Date written request received: 6/6/2024

Note: Scheduled via person / phone / letter.

- Applicants or residents have had an opportunity to view the documents or evidence in the possession of HAS Properties upon which the proposed action was based before requesting an informal hearing or review.
- Applicants or residents have the right to bring evidence, witnesses, legal or other representation at their own expense to the hearing. HAS requires notice of representation by an attorney so the attorney for HAS may be present, if desired. If no notice is given prior to the hearing, the hearing proceedings may be postponed dependent upon the attorney's schedules.
- The Hearing Officer may ask applicants or residents for additional information and/or might adjourn the hearing in order to reconvene at a later date before reaching a decision.
- The PHA requests a copy of any documents or evidence the applicants or residents will use at the hearing.

*HAS Properties (the Housing Authority of the City of Springfield, Missouri) tries to schedule appointments for informal hearings as quickly as possible. After a hearing date is agreed to, the family may request to reschedule only upon showing "good cause," which is defined as an unavoidable conflict which seriously affects the health, safety or welfare of the family.*

HAS 213/03-21

The Housing Authority of the City of Springfield does not discriminate against anyone because of race, creed, color, sex, age, religion, national origin, familial status, or disability in the application process, leasing, rental, or other disposition of housing or related facilities (including land) included in any development or project under its jurisdiction covered by a contract for annual contributions under the United States Housing Act of 1937.



**HAS PROPERTIES**
421 WEST MADISON STREET
SPRINGFIELD, MISSOURI 65806-2938

(417)866-4329
TTD phone (417) 832-2039
FAX (417) 862-4263



**EQUAL HOUSING OPPORTUNITY**

June 08, 2023

MICHELE K HARRIS
1703 N HAYES AVE
SPRINGFIELD, MO 65803

## NOTIFICATION OF CHANGE

The attached form provides the following information: Change in rent amount; Reason for rent change; Effective date of change.

Please check the information and notify the Housing Authority of any change, discrepancy or disagreement. After an explanation, if you disagree, you may request an informal hearing by providing a request in writing within ten days of the date of this letter.

<u>**Owner and all tenant members over the age of eighteen (18) must sign all three copies and return one copy of amendment and this signed notification form to our office.**</u>

Owner's signature certifies legal ownership of property or the property manager may sign if legally authorized to do so.

The following person(s) are listed on the HAP contract and as approved by the Housing Authority are the only individuals permitted to reside in the unit.

| | | |
|---|---|---|
| MICHELE K HARRIS | 50 | Female |
| EDGAR S HARRIS | 49 | Male |
| MYLA WALKER | 22 | Female |

_____ 6/26/23
**MICHELE K HARRIS** (Date)

_____ 6/26/23
**Spouse or Other Adult** (Date)

Myla Walker 6/26

_____ 6-27-23
**LADDIMORE, ADRIAN** (Date)

**Note: Please sign and return promptly. NO Payment will be made prior to receipt of signed forms.**

 Gmail

**Michele Harris <harrismichele27@gmail.com>**

## <24-203>DOL 4/29/24, Sewage Backup 1012 E Division st
1 message

**Keithley, Amy** <amy.keithley@springfieldmo.gov>                    Mon, Jun 10, 2024 at 9:39 AM
To: Michele Harris <harrismichele27@gmail.com>
Cc: "live-inbox-lockton@origamirisk.com" <live-inbox-lockton@origamirisk.com>

Michele,

We are still reviewing your property damage claim.

If you have any questions, you may contact me at the number below.

Thank you,

**Amy Keithley**

Claims-Risk Management

Busch Municipal Bldg

840 Boonville Ave

Springfield, MO. 65802

Phone: 417-864-1522

Fax: 417-719-7919

Amy.Keithley@springfieldmo.gov



*"If claim related, please include your claim number or date of loss for quicker response."*

 Gmail                                              Michele Harris <harrismichele27@gmail.com>

## Hearing Request

**Michele Harris** <harrismichele27@gmail.com>                                    Mon, Jun 24, 2024 at 8:05 PM
To: nikkil <nikkil@hasproperties.org>

Ok, thank you.

On Mon, Jun 24, 2024 at 5:33 PM nikkil <nikkil@hasproperties.org> wrote:
Teresa is still working on your case. I take it she will need to get with the hearing officer for her to get the final ruling. At the time we had spoken your assistance had not been formally terminated until the final say from the hearing officer. If anything is to be retracted or reversed regarding your assistance being terminated, you will be notified. I don't know that a decision has been made yet. I'm sure they are still working on it.

I'm not sure what you are referring to as me "being in on it" but to be clear, it is out of my hands on any determination of your assistance at this time. If you were to be re-stated, then I will be glad to continue assisting you with your housing voucher & eligibility.

**NICHOLE LOONEY**

Section 8 Coordinator (A-L)

Vash Hsg Coordinator (A-L)

Emergency Hsg Vchr Coordinator

Family Self Sufficiency Coordinator

HAS Properties

421 W Madison

Springfield MO 65806

Ph: 417-447-4563

Fax: 417-862-4263

Email: nikkil@hasproperties.org

**From:** Michele Harris <harrismichele27@gmail.com>
**Sent:** Monday, June 24, 2024 3:59 PM
**To:** nikkil <nikkil@hasproperties.org>
**Subject:** Fwd: Hearing Request



# HAS PROPERTIES

421 WEST MADISON STREET
SPRINGFIELD, MISSOURI 65806-2938

(417) 866-4329
TTY Phone (417) 832-2039
FAX (417) 862-4263



EQUAL HOUSING
OPPORTUNITY

## Authorization to Release EIV Information

Your file at HAS Properties contains private and confidential data from HUD's Enterprise Income Verification system (EIV). Each person's individual information is protected and can only be shared with authorized persons in the conduct of official business.

This means we cannot even share your EIV income report with other members of your own household. This form gives you the opportunity to share your EIV information with the other members of your own household. You are not required to authorize the release of your information to other members of your household. If you choose not to share your information with other members of your own household, you must be present in our office when re-examination paperwork is signed or discussed.

This authorization expires 15 months from the date signed and may be revoked with written notice to HAS Properties.

---

I have read the above information regarding sharing my EIV information with members of my family.

Check one: ✓ I do authorize release of my EIV info

_____ I do NOT authorize release of my EIV info

*Michele Harris*
Print Name

*Michele Harris* (signature)
Signature

7/26/23
Date

---

I have read the above information regarding sharing my EIV information with members of my family.

Check one: ✓ I do authorize release of my EIV info

_____ I do NOT authorize release of my EIV info

*Edgar Flores*
Print Name

*Edgar Flores* (signature)
Signature

7/26/23
Date

---

I have read the above information regarding sharing my EIV information with members of my family.

Check one: ✗ I do authorize release of my EIV info

_____ I do NOT authorize release of my EIV info

*Kayla Walker*
Print Name

(signature)
Signature

7/26/23
Date







Case 6:24-cr-03036-BP    Document 6-1    Filed 08/13/24    Page 90 of 113







## ATTORNEY GENERAL OF MISSOURI
### JEFFERSON CITY
#### 65102

ANDREW BAILEY
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

July 26, 2024

Mrs. Michele K Harris
316 N Ken Ave
Springfield, MO  65802

RE: Complaint No. CC-2024-07-001474          HS Properties Mgt.

Dear Mrs.Harris:

Thank you for contacting the Missouri Attorney General's Office.  As you know,
our office has been mediating your complaint with the above-mentioned company.
A copy of the most recent response is enclosed for your review.  The company
denies any wrong-doing and therefore, will not be providing the relief you are
seeking.

We regret that we were unable to assist you further in this matter. Please keep in
mind this does not mean your complaint is without merit.  You may want to
consult with a private attorney or file a claim through small claims court.

Again, we thank you for contacting our office.

Sincerely,

*Jake Humphrey*

Jake Humphrey
Office of the Attorney General
Consumer Advocate
Consumer Protection Division
P.O. Box 899 | Jefferson City, MO 65102
Email: jake.humphrey@ago.mo.gov
Phone: (573) 751-1246 | Fax: () -

PROPERTIES
*the housing authority*

(417) 866-4325
TTY (800) 735-2966 Relay Missouri
FAX (417) 862-4263

EQUAL HOUSING
OPPORTUNITY

*Notice of Rental Assistance to be paid on Behalf of:* **MICHELE K. HARRIS, EDGAR S. HARRIS & MYLA WALKER**

*Address of unit:* **1012 E DIVISION ST**
**SPRINGFIELD MO 65802**

*Effective date:* **OCTOBER 26, 2023**

*Total Contract Rent to Owner:* **$900.00**

*Total Rent Paid to Owner by Tenant:* **$856.00**

*Rental Assistance Paid to Owner by Housing Authority:* **$44.00**

*Property Owner:* **HS PROPERTY MANAGEMENT**

_____
**Tenant Signature**

_____
**Spouse or Other Adult**

_____
**Date**

_____
**Owner Signature**

_____
**Date**

The Housing Authority of the City of Springfield does not discriminate against anyone because of race, breed, color, sex, age, religion, national origin, familial status, or disability in the application process, leasing, rental, or other disposition of housing or related facilities (including land) included in any development or project under its jurisdiction covered by a contract for annual contributions under the United States Housing Act of 1937.

LEGAL NAME: HOUSING AUTHORITY OF THE CITY OF SPRINGFIELD, MISSOURI



*my move IN Date was 10/26/2023. the Day I signed I was forced to move in early and Nicole looney said wasnt anything she could Do. If I didnt have the money to move early.*

**HS**

# PROPERTY MANAGEMENT
# HS PROPERTY MANAGEMENT,

2545 E. Division St. Springfield, MO 65803
417-831-3911

THIS LEASE, made and entered into **10/26/2023**, by and between HS Property Management, LLC, a Missouri Limited Liability Company (hereinafter referred to as "Lessor/Lessor's Agent"), and **Michele K. Harris, Edgar S. Harris** (hereinafter referred to as "Lessee").

1. **PREMISES:** Lessor/Lessor's Agent does hereby Lease to Lessee the following described premises commonly known as: **1012 E Division St**
**Springfield, MO**

2. **LEASE TERM:** The initial term of this Lease shall commence on the **11/01/2023** and end at 12:00 p.m. on the **10/31/2024**

3. **AUTOMATIC RENEWAL:** In the event Lessee shall determine not to renew this Lease for a successive term of equal duration as the initial term, Lessee shall notify Lessor/Lessor's Agent of Lessee's intention not to renew in writing *no less than sixty (60) days* before the expiration date of the initial term or the expiration of any renewal term. *Absent such written notice, this Lease shall automatically renew for a successive term of equal duration as the initial term under the same conditions contained herein,* provided, however, the rent charges during such successive terms may be increased as set forth more fully below. Lessor/Lessor's Agent reserves the right to cancel the Lease at any time by giving ten (10) days written notice to Lessee. Lessee may renew this Lease on a month-to-month basis with written approval of Lessor/Lessor's Agent.HS Prop  Upon the completion of any one-year Lease, if Lessee wishes to continue living at the premises on a month-to-month basis, Lessee may do so at an additional cost of $75.00 per month.  Written notice of this intent is required prior to the automatic renewal of the Lease.

4. **RENT:** The rent for the above described premises shall be **$900.00 per month** during the initial term of the Lease, payable on or before midnight of the first day of each month to **HS Property Management, LLC**, 2545 E. Division St, Springfield MO 65803. At Lessor's/Lessor's Agent's option, rent may be increased with 30 days' written notice, to the current market value for each successive term of this Lease and shall be payable on or before close of business of the first day of each month during the term of this Lease and any renewal thereof. Should this Lease begin on a day other than the first day of each month, the rent for the first month shall be prorated so that all subsequent rental payments shall be due on the first day of each month. The first payment shall be made on or before this Lease begins. The amount of pro-rated rent for the first month of this Lease is $ |75  Dollars.



 **CITY OF Springfield**



## Letter of Condition

May 7, 2024

HS Investments, LLC
2545 E Division St
Springfield, MO 65803

**Re: 1012 E DIVISION ST**

**BLI2024-00184**

The building or structure at the above-stated property violates Springfield's "Dangerous, Blighted, and Nuisance Building Code." See *Springfield City Code §§ 26-61 through 26-84.*

The conditions at the property: violate *Springfield City Code § 26-62*; are detrimental to city residents' health, safety, or welfare; and, are a public nuisance. The following statements list the code sections those conditions violate and describe the conditions.

26-62(12)
  Those built in violation of the building, plumbing, electrical, fuel gas, property maintenance or zoning codes of the city or used in violation thereof.
  &nbsp

  **Description:** Property is in violation of the international property maintenance code.

IPMC

  **Description:** Ipmc section 304.13 windows - windows upstairs not opening. Window downstairs is broken.

IPMC

  **Description:** Ipmc section 506.2 - maintenance- drain in basement not draining properly.

IPMC

  **Description:** Ipmc section 704.6.1.1 smoke alarms - Functioning smoke alarm is required in every sleeping area. A carbon monoxide/smoke combination. Unit is required in the immediate vicinity outside of bedrooms.

IPMC

  **Description:** Ipmc section 309.3 - pest elimination- the occupants of a one family dwelling shall be responsible for pest elimination on the premises. It is the owners responsibility to make sure the premises is free of past prior to leasing.

IPMC

  **Description:** Ipmc section 603.1 - appliances- Appliances shall be properly installed and maintained in a safe working condition. The stove in the kitchen must have an anti-tip bracket installed.

Office of Building Development Services
Busch Municipal Building · 840 Boonville Avenue
Springfield, Missouri 65802 · 417-864-1059 · springfieldmo.gov

I am sending this letter to you as a courtesy. I want you to have a chance to correct these conditions before instituting more formal, legal proceedings against you. Corrections must be made by **May 21, 2024.** Be aware under City Ordinance permits may be required to complete these repairs. If you perform any work without a permit, it may become a matter for prosecution in Municipal Court. For permit information please visit ecity.springfieldmo.gov, or email building@springfieldmo.gov, or call 417-864-1585. If you have questions you may contact Chad Stauffer between the hours of 7:30-8:30 AM and 3:30-4:30 PM at (417)864-2076 .

Thank you for your cooperation,

Chad Stauffer

Residential Building Inspector

cc: Michelle Harris
    1012 E Division St
    Springfield, MO 65803-3120



# HAS PROPERTIES
### 421 WEST MADISON STREET
### SPRINGFIELD, MISSOURI 65806-2938

(417)866-4329
TTD phone (417) 832-2039
FAX (417) 862-4263



**EQUAL HOUSING
OPPORTUNITY**

MICHELE HARRIS
1012 E DIVISION ST
SPRINGFIELD, MO 65802

HS PROPERTY MANAGEMENT
2545 E DIVISION ST
SPRINGFIELD        MO   65803

Dear  MICHELE HARRIS                                                                          05/07/2024

The following are items that recently failed inspection at the listed unit. If any of the listed items are a result of damages by the tenant family or visitors then it is the responsibility of the tenant to make sure the repairs are completed. You will need to discuss with the landlord about how he/she would like the repairs to be handled. **When the deficiencies have been corrected, please call the office for a re-inspection date.**

   Deficiencies must be corrected within 30 days from the date of  this letter.

Under part B of the HAP Contract it states that we are not to make any housing assistance payment if the contract unit does not pass inspection unless the owner corrects the defect within the time period specified. If the unit does not pass within the specified period of time as listed above the payments  will be stopped  the first day of the following month.
Please be advised that the landlord is not allowed under the Tenancy Addendum to collect our portion of the rent from the tenant and that our failure to pay the housing assistance payment is not a lease violation.

Inspected On: 5/6/2024 12:00:00 AM
Inspected By: DAVE JOHNSON
Status: **Inspection Failed**

Thank you for your time and attention to this matter. If I can be of any assistance, please call me.

## Items to be Repaired

# Fail

**Area:** Bathroom                                        UPSTAIRS BATHROOM
**Item:** Window Condition
**Deficiency:**  Miscellaneous Deficiency
**Comments
:**   WINDOW WONT STAY UP AND HAS NO LOCK ON IT

**Area:** Bathroom
**Item:** Floor Condition
**Deficiency:**  Miscellaneous Deficiency
**Comments
:**   VENT IN FLOOR NEEDS REPLACED

**Area:** Other Rooms Used for Living and Halls              FRONT BEDROOM
**Item:** Window Condition
**Deficiency:**  Miscellaneous Deficiency
**Comments
:**   BROKEN PANE ON WINDOW NEEDS REPLACED/REPAIRED

# HAS PROPERTIES

**421 WEST MADISON STREET**
**SPRINGFIELD, MISSOURI 65806-2938**

(417)866-4329
TTD phone (417) 832-2039
FAX (417) 862-4263


**EQUAL HOUSING
OPPORTUNITY**

Other Rooms Used for Living and Halls    FRONT BEDROOM

Item:    Wall Condition

Deficiency:    Miscellaneous Deficiency

Comments    FILTER NEEDS CHANGED

Area:    Heating and Plumbing    BASEMENT

Item:    Sewer Connection

Deficiency:    Miscellaneous Deficiency

Comments
:    DRAIN IN FLOOR HAS STANDING WATER IN IT

I Was told By
Teressa Osborn
To mail a copy to
Sonya at HS. mgd.
Because she refused
To sign my 30 day
heres proof of doing
this. Sonyas Sewage Probem
declared

c/o
Sonya HS Properties
1660 E Kearney
Springfield MO 65803

Michele HARRIS
1012 E Division St.
Springfield MO 65803

**LANDLORD'S COPY**

## VACATE NOTICE FROM TENANT

Date: 5-7-24          Tenant's Name: Michele Harris

To: Owner and H A S PROPERTIES (Housing Authority of Springfield)

This is my 30 Written notice to vacate the property located at:

1012 E Division St. SP MO 65803

effective vacate date will be: May 31 ²³    20 24

Michele Harris  5/7/24        5/7/24

Head of Household Signature    Date    Co-Head/Spouse Signature    Date

Landlord was Shown a notice from city SP Dangerous
\*\*\*\*\*\*\*\*\*\*TO BE COMPLETED BY PROPERTY OWNER/MANAGER\*\*\*\*\*\*\*\*\*\* Building and
Sonya Won't let me have                                      To vacate.

Will the tenant be leaving in good standing?        Yes or No
Are there any outstanding debt or rent owed?        Yes or No

I acknowledge receiving this notice to vacate property and hereby consent to
termination of existing contracts.

_____          _____
Owner/Manager Signature              Date

 Gmail         **Edgar Harris <edgarharris19@gmail.com>**

## Maintenance
1 message

**Sarah Miller** <hsinvestments-mail-system@hsinvestments.mailer.appfolio.us>      Wed, May 15, 2024 at 1:26 PM
Reply-To: Sarah Miller
<8258701e9682f7ef53ae30c4c9c0505eb350a5eb294dd120c7d79ef216d17724@hsinvestments.mailer.appfolio.us>
To: edgarharris19@gmail.com, harrismichele27@gmail.com

Good afternoon,

This is our 24 hour notice to you that maintenance will be entering the property tomorrow between 1:30 PM and 3 PM
to address any open work orders.

HS Property Management
ofc. 4178313911

 **Gmail**

ismichele27@gmail.com>

*Never Been Evicted in court. Section 8 Says I was on their Document.*

## Lease Violation

2 messages

**HS Property Management LLC** <hsinvestment
system@hsinvestments.mailer.appfolio.us>
Reply-To: HS Property Management LLC
<f6c152dfc1508d0a8241817721dba5c1488c06c
To: edgarharris19@gmail.com, harrismichele27@

Fri, May 17, 2024 at 5:12
PM

ailer.appfolio.us>

Edgar S. Harris, Michele K. Harris

1012 East Division Street
Springfield, MO 65802

05/17/2024

To the above tenant(s) now in possession of the described premises, this notice is
due to the following breach and/or reason(s):

- On May 15, 2024, you violated Section 32 of your lease agreement by
  causing the utility services to be removed from your name and transferred
  back to the owner's name. This action directly contradicts the terms of your
  lease and requires immediate rectification by May 20, 2024.

Failure to comply may result in the initiation of the eviction process.

Should you have any questions, please call the office at (417)831-3911.

Respectfully,

HS Property Management
1660 East Kearney Street
Springfield, MO 65803

three returned checks in any twelve month period constitutes frequent return of checks due to insufficient funds and may be considered a just cause for eviction.

**19. LATE PAYMENTS.** For any payment that is not paid within 5 days after its due date, Tenant shall pay a late fee of $75.00.

**20. DEFAULTS.** Tenant shall be in default of this Lease if Tenant fails to fulfill any lease obligation or term by which Tenant is bound. Subject to any governing provisions of law to the contrary, if Tenant fails to cure any financial obligation within 5 days (or any other obligation within 10 days) after written notice of such default is provided by Landlord to Tenant, Landlord may elect to cure such default and the cost of such action shall be added to Tenant's financial obligations under this Lease, including reasonable attorneys' fees. All sums of money or charges required to be paid by Tenant under this Lease shall be additional rent, whether or not such sums or charges are designated as "additional rent". The rights provided by this paragraph are cumulative in nature and are in addition to any other rights afforded by law.

**21. TERMINATION UPON SALE OF PREMISES.** Notwithstanding any other provision of this Lease, Landlord may terminate this lease upon 30 days' written notice to Tenant that the Premises have been sold.

**22. EARLY TERMINATION CLAUSE.** Tenant may, upon 30 days' written notice to Landlord, terminate this lease, provided that the Tenant pays a termination charge of $900.00 the maximum allowable by law, whichever is less. Termination will be effective as of the last day of the calendar month following the end of the 30 day notice period. Termination charge will be in addition to all rent due up to the termination day.

**23. MILITARY TERMINATION CLAUSE.** In the event the Tenant is, or hereafter becomes, a member of the United States Armed Forces on extended active duty and hereafter the Tenant receives permanent change of station orders to depart from the area where the Premises are located; is relieved from active duty, retires or separates from the military; or is ordered into military housing, the Tenant may terminate this lease upon giving thirty (30) days' written notice to the Landlord. The Tenant shall also provide to the Landlord a copy of the official orders or a letter signed by the Tenant's commanding officer reflecting the change that warrants termination under this clause. The Tenant will pay prorated rent for any days he or she occupies the dwelling past the first day of the month. Any security deposit will be promptly returned to the Tenant, provided there are no damages to the Premises.

**24. DESTRUCTION OR CONDEMNATION OF PREMISES.** If the Premises are partially destroyed by fire or other casualty to an extent that prevents the conducting of Tenant's use of the Premises in a normal manner, and if the damage is reasonably repairable within sixty days after the occurrence of the destruction, and if the cost of repair is less than $0.00, Landlord shall repair the Premises and a just proportion of the lease payments shall abate during the period of the repair according to the extent to which the Premises have been rendered untenantable. However, if the damage is not repairable within sixty days, or if the cost of repair is $0.00 or more, or if Landlord is prevented from repairing the damage by forces beyond Landlord's control, or if the property is condemned, this Lease shall terminate upon twenty days' written notice of such event or condition by either party and any unearned rent paid in advance by Tenant shall be apportioned and refunded to it. Tenant shall give Landlord immediate notice of any damage to the Premises.

**25. HABITABILITY.** Tenant has inspected the Premises and fixtures (or has had the Premises inspected on behalf of Tenant), and acknowledges that the Premises are in a reasonable and acceptable condition of habitability for their intended use, and the agreed lease payments are fair and reasonable. If the condition changes so that, in Tenant's opinion, the habitability and rental value of the Premises are adversely affected, Tenant shall promptly provide reasonable notice to Landlord.

*Gave 30 day notice to move april 29, 2024*
*I moved out May 15th with new lease*
*returned the key's May 21st*
*H.S. property moved someone else into*



# PROPERTY MANAGEMENT

07/01/2024

HS Property Management LLC
1660 East Kearney Street
SPRINGFIELD, MO 65803

Edgar S. Harris, Michele K. Harris
1012 East Division Street
Springfield, MO 65803

Re: Security Deposit Statement

Dear Edgar S. Harris, Michele K. Harris,

Enclosed please find an itemized list of charges. Based on these charges, you have a
balance due of $2,730.18.

**Credits**

| | |
|---|---|
| Tenant Deposits | $900.00 |
| **Total Credits** | **$900.00** |

**Charges**

| | |
|---|---|
| Legal Fees/Breach of Contract | $469.00 |
| Major debris removal | $1,000.00 |
| Less than 12 months of tenancy: Full paint required | $1,250.00 |
| 2- Toilet seats | $11.18 |
| Proper notice not given | $900.00 |
| **Total Charges** | **$3,630.18** |

| **Amount Due** | **$2,730.18** |
|---|---|

Please remit the balance due immediately. If you have any questions or concerns
regarding the charges or balance due, please contact us at (417) 831-3911.

Regards,

M Muller R
5/21/2024

Michele, Edgar

I Have been vacted from

the House located on

1012 E division

2 Keys Returned.

House has been yours

since 5/15/2024 DUE

To my surgery it's been

a little Hard to get

around to returning keys

 Gmail

**Edgar Harris <edgarharris19@gmail.com>**

---

## New Charge Posted
1 message

---

**HS Property Management LLC (Do Not Reply)** <donotreply@onlineportal.appfolio.com>    Thu, May 23, 2024 at 9:18 AM
To: edgarharris19@gmail.com

---



Hello Edgar,

A new charge has been added to your Online Portal.

Legal Fees/Breach of Contract: $500.00

Charge Date: 05/23/2024

Login to review your account:

**View Your Balance**

HS Property Management LLC

(417) 831-3911

http://hsinvestmentsco.com

appfolio

# Harris, Michele Kimberly



**Seagrave III, Richard Augustus, MD**
Physician
Specialty: Orthopedic Surgery

Operative Report
Signed

Date of Service: 4/29/2024 8:32 AM

DATE: 4/29/2024
PATIENT: Michele Kimberly Harris is a 51 y.o. female
MRN/CRN/CASE ID: E1404634304   689223814   3795371 Body mass index is 37.79 kg/m².
CHIEF COMPLAINT: No chief complaint on file.

SURGEON: Surgeon(s):
Seagrave III, Richard Augustus, MD
ASSISTANT: Taylor Kensinger PA-C who assisted with preoperative planning, evaluation, positioning, prepping, draping, retracting, wound closure, joint manipulation for visualization, and dressing application. The expert assistance of above assistant was necessary secondary to the complexity of the case and the lack of similarly qualified assistants.

PREOPERATIVE DIAGNOSIS:
1.Lateral meniscus tear left knee.
2. Left knee intra-articular loose body
3. left knee degenerative joint disease

POSTOPERATIVE DIAGNOSES:
1. left knee Lateral meniscus tear.
2. Grade 4 chondromalacia of the Medial femoral condyle.
3. Grade 2 chondromalacia of the Medial, Lateral facet of the patella.
4. Intra-articular loose body

ANESTHESIA: General.

COMPLICATIONS: None.

ESTIMATED BLOOD LOSS: 10cc
PROCEDURES:
1. Examination under anesthesia
2. left knee arthroscopy.
3. Partial Lateral meniscectomy.
4 Chondroplasty of the Medial femoral condyle and patella.
5.

HPI: Patient complains of persistent left knee pain. The pain began several months ago. The pain is located lateral. She describes the symptoms as severe, sharp, and mechanical. The knee has not felt unstable. The patient can bend and straighten the knee fully. Following an explanation of the risks, benefits, and alternatives to treatment, he has chosen to proceed with an arthroscopy.

EXAMINATION UNDER ANESTHESIA: She had full range of motion of the knee, ligamentously stable, no overlying skin changes.

PROCEDURE: (see above for laterality, anesthesia and other detail). The patient was then brought back to the operating suite and placed supine on the operative table. Preoperative antibiotics were given. A surgical pause was completed to ensure operative side and site. The patient was prepped and draped in normal sterile fashion for left lower extremity procedures. The tourniquet was inflated to 300mm Hg. The total tourniquet time was 17 minutes. I then began our surgery with insufflating the knee with 60 mL of normal saline through the superolateral injection site. I then established our anterolateral portal and gently placed the trocar within the notch. With an inside-out technique with an 18-gauge spinal needle,

established our medial portal. We then began our diagnostic arthroscopy. The ACL was normal. At the anterior horn of the lateral meniscus there appeared to be a large cyst which was removed.. The Lateral compartment was entered and inspected and showed a tear of the anterior horn lateral meniscus. Lysing shaver I debrided the torn portion of lateral meniscus to a stable rim.. I then moved to the patellofemoral joint. The patellofemoral joint showed grade II chondromalacia patella which was debrided with a shaver. There were no loose bodies within the medial or lateral gutter. I then moved to the Medial compartment, which showed no meniscal lesion however there is diffuse grade IV chondromalacia the medial femoral condyle. Looking at the posterior medial joint line there is a small loose body which removed with a suction shaver. I did utilize a shaver on the chondral lesions. The knee was copiously irrigated and instrumentation was removed. The puncture wounds were closed with 4-0 Monocryl. The knee was injected with 20 mL of 0.25% Marcaine and the usual sterile orthopaedic dressing applied, and an Ace wrap. The patient tolerated the procedure well and went to the recovery room in stable condition.

Admission (Discharged) on 4/29/2024      *Note shared with patient*

## Care Timeline

04/29  KNEE ARTHROSCOPY
0740

04/29  Discharged 1015
1015

## Discharge Instructions (continued)

- Laxatives can be habit-forming, but only when used on a long term basis.
- Do not use Miralax if you have an allergy to polyethylene glycol.

When the combination (stool softener + laxative) does not alleviate your symptoms, you may have to try a different approach. Sometimes, the problem is not the consistency of your stools as they move along the intestines, but the presence of hard stools in your rectum acting as a plug. GENTLY, place a rectal suppository such as DULCOLAX, to help remove that plug. If you try this twice without any reults, then call our office at 417-820-5610

### FOLLOW-UP

- An appointment will be made for you prior to dismissal from the facility. If you are not given an appointment, please call the office.
- A representative from the Same Day Surgery Department may call you by telephone the day after your procedure. Do not be alarmed, this is a routine call to find out how you are progressing after your surgery.

### WHEN TO CALL DR. SEAGRAVE @ 417-820-5610

- If fever > 101.5 F OR shaking chills.
- If your incision become more reddened, separates, or begins to drain brown or green fluid.
- Persistent bleeding along incision.
- If you have pain, swelling or redness in the calf of either leg; or sudden onset of shortness of breath.
- Severe constipation that doesn't respond to OTC therapies.
- New onset of pain or pain not relieved by medications.
- As always, if you feel that you are experiencing a medical emergency please call 911 or present to the nearest emergency room.

### MISCELLANEOUS

- If you had general or local anesthesia with sedation, please pay particular attention to the following instructions:
1. Do not drink alcoholic beverages, including beer, for 24 hours. Alcohol enhances the effects of anesthesia and sedation.
2. Do not drive a motor vehicle, operate machinery or power tools for 24 hours.
3. Do not make any important decisions or sign important papers for 24 hours.
4. You may experience lightheadedness, dizziness, and sleepiness following surgery. Please **DO NOT STAY ALONE**. A responsible adult should be with you for this 24 hour period.
5. Rest at home with light activity as tolerated. It may not be necessary to go to bed; however, it is important to rest for 24 hours following general anesthesia.
6. Progress slowly to a regular diet unless your physician has instructed you otherwise. Start with liquids, such as soft drinks, then soup and crackers, gradually working up to solid foods.
7. Certain anesthetics and pain medications may produce nausea and vomiting in certain individuals. If nausea occurs, limit intake to clear liquids until nausea clears. In the meantime, rest and sleep on your side to avoid accidentally inhaling material that you may vomit.
- If you are a diabetic, it is very important to keep tight control of your blood sugars. High blood sugars delay healing and increase your risk of infection. Contact your primary care physician if you are having trouble controlling your blood sugar.
- Do not smoke and avoid second-hand smoke. Tobacco smoke can delay the healing process by decreasing the oxygen supply to your wound, & may increase your risk of infection.
- Smoking irritates the breathing passages and increases the risk of pneumonia, bronchitis, asthma and risk of blood clots.

_Because I didnt get proper after care I had to return Before my Scheduled follow up appointment from July 31 to July 24 2024_

**FREQUENTLY ASKED QUESTIONS**

1. **When can I shower?**
   You may shower after the dressing has been removed in 48 hours and there is no drainage from the incisions. Do not submerge the wounds and dry them thoroughly afterwards. Be sure to re-apply compressive wrap.

2. **When can I begin putting weight on my leg?**
   You may bear full weight immediately, unless otherwise directed by your physician. However, limit activity the first 3-4 days, maybe up to 5-10 min at a time.

3. **How much walking and standing can I do?**
   You may walk and stand as tolerated. Pay attention to your knee, if it begins to swell or you begin to have increased pain, get off your knee and resume elevation and ice.

4. **How far can I bend my knee?**
   It is encouraged to bend your knee and straighten the knee as much as tolerated. Let pain be your guide. The goal is to achieve full range of motion as soon as possible.

5. **When should I start exercising?**
   Do not return to your normal exercise routine until cleared by your surgeon.

6. **How often and how long should I use the ice pack?**
   Initially, utilize the ice pack 3-5 times per day for 20-30 minutes, as it is a great modality to reduce swelling. Be sure to avoid any direct heat application such as a heating pad or moist heat pack.

7. **When can I drive?**
   You may resume driving when you are no longer taking pain medication AND the following criteria are met:
   • You can bend your knee at least 90 degrees
   • You can transition from the gas to the brake quickly and effortlessly

8. **When can I go back to work/school?**
   This will depend upon your type of work and whether or not light duty is available. You may return once you can perform the specific duties of your job safely. Most patients take the first 7-10 days off.

   This is not a comprehensive list of questions; please contact your physician's office if any concerns or questions arise. If at any time you feel you are in need of emergent care, please call 911.

   **Contact us by using MyMercy.**
   Ask questions, request medication refills, schedule appointments, or just let us know how you are progressing with your treatment. Follow these easy steps to get started.
   1. Log on to **www.mymercy.net**
   2. Click on **Create Account** or just **sign in** if you already have an account.
   3. Complete the registration form and create your **username** and **password**. Once you have completed this step Mercy will send you an email to verify they have the correct email address. **Click on the link provided to complete your registration.**
   4. Once you're logged in click on **Contact Your Doctor**, located under **Message Center.**
   5. Scroll down to the middle of the screen and click on **Ask a General Medical Question.**

lity: SPGOH
jeon: SEAGRAVE III RICHARD AUGUSTUS

Page: 2

edure: LEFT KNEE ARTHROSCOPY

RX Prescription Form

Harris, Michele Kimberly   CSN:689223814
Preferred Name:
E1404634304 7/21/1972 (51 yrs) female
Outpatient ADT:4/29/2024

Place Product Bar Code Labels Here

adult crutch

Place Product Bar Code Labels Here

Place Product Bar Code Labels Here

**Provider's Information Must Be Filled Out:**

Name:

NPI:

Signature:

Order Date:

Patient Diagnosis/ICD-10 Code:

Required Qty Items Ordered:   ☐  ☐  ☐  ☐
LIMB  ORT  OUT  DNA

☐ Check here for ALL Bracing and Orthopedic Products
Place Product Sticker in Indicated Box
Please Indicate Affected Side for Patient, if applicable: ☐ LEFT   ☐ RIGHT

☐ Crutches (E0114)   Youth   Adult   Tall Adult (short)

☐ Forearm Crutches (E0114)

☐ Standard Walker (E0135)

☐ Walker with Wheels (E0143)

☐ Cane (E0100)

**Patient Information:**

Date of Birth:_____/_____/_____   Order Date:_____/_____/_____

Phone Number:_____ Diagnosis:_____

Length of Need:_____ (99=Lifetime)

Address:_____

City:_____

State:_____ Zip Code:_____

**Claim Information If Applicable:**

Worker's Comp   Auto   Claim Number:_____

Employer Name:_____

Employer Phone:_____

Employer Address:_____

Adjuster Name:_____

Adjuster Phone:_____

Patient/Authorized Signature:

Date: 04-29-2024

(If signed by caregiver or other, list relationship and reason for signing)
Relationship if not patient: (Choose one) Address above unless stated:
☐ Spouse/Relative   ☐ Caregiver   ☐ Other

**RELEASE AND USE OF INFORMATION:**
I hereby consent and state my preference to have the Company communicate with me by email or SMS messaging regarding various aspects of my medical care, which may include, but shall not be limited to, test results, needed documentation, required appointments, equipment performance, available replacement products & billing. I understand that email and SMS messaging are not confidential methods of communication and may be insecure. I further understand that, because of this, there is a risk that email and SMS messaging regarding my medical care might be intercepted and read by a third party. I further understand that, in the course of providing services to me, the Company and its employees and agents will receive a letter from me or from others such as physicians' personal information and knowledge about my health, physical condition, treatment and care that I require, including knowledge about my living conditions and my relationship family and others thereinafter referred to as Personal Health Information (PHI). In that regard, I also authorize the Company to release my PHI (A) to my insurers and any agencies, institutions or individuals (including my physicians) who provide me with health or social services, (B) to the Company's peer review organizations and licensing and accrediting organizations for the purpose of evaluating the Company's provision of services, (C) in connection with any audit or similar review (whether internal or conducted by a third party organization), or (D) to CMS or a commercial payer as may be required for continued certification of the Company.

**ASSIGNMENT OF BENEFITS:**
I hereby request that payment of authorized carrier benefits be made on my behalf to The Company for authorized products and services that have been provided to me. It is my intent to assign The Company all benefits for services provided to me by PPS beginning with the above date.

I authorize a copy of this agreement to be used in place of the original and authorize the release of any medical information to release to Centers for Medicare & Medicaid Services, any other insurer, and/or their agents, any information needed to determine my insurance benefits.

I agree to be fully responsible for all charges not covered by my insurance.

**FINANCIAL RESPONSIBILITY:**
I understand that by signing below I will be financially responsible for the rental equipment and patient balances resulting from my use of the above equipment.

I give The Company the right to appeal denied claims on my behalf. Patient balances will not be limited to, patient co-insurance and deductible responsibility, not covered by my insurance carrier(s) and non-covered services.

I understand that unreturned leased assets equipment is the property of The Company and will be returned. In the Company when this need has ended, otherwise a patient balance for the value of the cost of the equipment will be applied to my account.

The credit card or other financial method authorization on file will be charged for value of one-time and recurring patient balances.

I understand that if at any point during The Company, The Company and the rights, returns, and any items I have obtained from The Company will be based on returned.

I understand that if the device is returned and must show or damaged while in my possession, I will be liable to pay The Company for the replacement of the equipment or use for damaged equipment under replacement use.

**BY SIGNING:** I agree that I have been provided and agree to a signed behalf of the Customer Bracedom, the rules and regulations and conditions of the relationship. The Company and The Company's reference a copy of this document. I have read the policy, and my signature as the party represented indicated my acknowledgement and agreement over the above terms without exception.

White - Adjuster, Yellow - Canary - Client Copy/location 2, Gold - Provider's Site, Pink - Patient