# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Michele Harris Edgar Harris | COURT CASE NUMBER: 24-03238-CV-S-WBG |
| DEFENDANT: Springfield Housing Authority | TYPE OF PROCESS: Civil - Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Springfield Housing Authority
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
421 W Madison St. Springfield MO 65806

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 3
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
Michele Harris
Edgar Harris
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 417-901-2154 Same
DATE: 10/16/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 of 3 | A45 | A45 | Scarlet O'farrell | 10-16-24 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Nicole Looney (Section 8 Coordinator)
Date: 10/22/24    Time: 1215  ☒ pm
Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

OCT 16'24 PM 3:16
RCVD USMS W/MO

Form USM-285
Rev. 03/21

Civil Action No. 24-03238-CV-S-WBG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Springfield Housing Authority
was received by me on *(date)* 10/18/24.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nicole Looney, who is designated by law to accept service of process on behalf of *(name of organization)* S.H.A.
on *(date)* 10-22-24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/18/24

*Server's signature*

Aaron Harbin, DUSM
*Printed name and title*

USMS W/M Sps.
*Server's address*

Additional information regarding attempted service, etc:

# U.S. Department of Justice
## United States Marshals Service

**Process 045-6:2024-CV-03238-1 | Cost Worksheet**
Printed on: 10/24/2024

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/MO - SPRINGFIELD | W/MO - SPRINGFIELD | Harris v. Springfield Housing Authority, et a. |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | SummonsComplaint | SPRINGFIELD HOUSING AUTHORITY |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 10/16/2024 10:22 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 10/22/2024 08:49 CDT | Served | | $0.00 | |
| | Personnel Charges | $65.00 | | $67.01 |
| | Mileage Charges | $2.01 | | |
| **Total Costs** | | | **$0.00** | **$67.01** |

| | |
|---|---|
| **Remaining Balance** | $0.00 |
| **Amount Owed** | **$67.01** |
| **Remaining Process to Serve:** | |