# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Michele Harris Edgar Harris | **COURT CASE NUMBER** 24-03238-CV-S-WBG |
| **DEFENDANT** Nicole Looney | **TYPE OF PROCESS** Civil - Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nicole Looney Head section 8 coordinator
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
421 W Madison St. Springfield MO 65806

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Phone number work: 417-866-4329
She is A Head superviser of Section 8

Signature of Attorney other Originator requesting service on behalf of: Michele J Harris Edg~ H~
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 417-901-2154
DATE: Same

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2 of 3
District of Origin No. A45
District to Serve No. A45
Signature of Authorized USMS Deputy or Clerk: Scarlet O'pannell
Date: 10-16-24

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Nicole Looney (Section 8 coordinator)
Date: 10/22/24
Time: 1215 ☒ pm
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
OCT 16 '24 PM 3:16
RCVD USMS W/MO

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-03238-CV-S-WBG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Nicole Looney__
was received by me on *(date)* __10/18/24__ .

☑ I personally served the summons on the individual at *(place)* __421 W. Madison Springfield, MO 65806__ on *(date)* __10-22-24__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/22/24__

_____
*Server's signature*

__Aaron Warbin, DUSM__
*Printed name and title*

__USMS- W/MO Spg.__
*Server's address*

Additional information regarding attempted service, etc:



**U.S. Department of Justice**
United States Marshals Service

**Process 045-6:2024-CV-03238-2 | Cost Worksheet**
Printed on: 10/24/2024

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/MO - SPRINGFIELD | W/MO - SPRINGFIELD | Harris v. Springfield Housing Authority, et a. |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | SummonsComplaint | Nicole Looney |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 10/16/2024 10:28 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 10/22/2024 09:32 CDT | Served | | $0.00 | $0.00 |
| | Personnel Charges | $0.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$0.00** |

| | |
|---|---|
| **Remaining Balance** | $0.00 |
| **Amount Owed** | **$67.01** |
| **Remaining Process to Serve:** | 045-6:2024-CV-03238-3 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY
Printed By District: W/MO
Page 1 of 1