IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF Missouri



Michele Harris
Edgar Harris, Plaintiff, S

Case No.: 6:24-cv-03238 WBG

v.

Springfield Housing Authority

Defendant.

## MOTION FOR ENTRY OF DEFAULT

Plaintiff Michele Harris, Edgar Harris requests that the clerk of court enter default against defendant Springfield Housing Authority pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this _15_ day of _November_, 2024.

Michele Harris
_pro se_ Plaintiff