IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF Missouri

Michele Harris
Edgar Harris Plaintiff,

v.

Springfield Housing Authority Defendant.

Case No.: 624-CV-03238 WBG

AFFIDAVIT IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT

I, Michele Harris, Edgar Harris, being duly sworn, state as follows:

1. I am Pro Se for the plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The summons and complaint were filed on 8/16/2024

3. Defendant was served with a copy of the summons and complaint on 10/22/2024 as reflected on the docket sheet by the proof of service filed on 10/16/2024

4. An answer to the complaint was due on 11/12/2024

5. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Plaintiff requests that the clerk of court enter default against the defendant.

Sworn to and subscribed before me this 15th day of November, 2024.

_Michele Harris_ _Edgar Harris_
pro se Plaintiff

Notary Public

My Commission Expires: 12-14-2025

MANDY LYNN ENSIGN
NOTARY PUBLIC
NOTARY SEAL
#21663668
GREENE COUNTY
STATE OF MISSOURI

Case 6:24-cv-03238-BP   Document 8-1   Filed 11/15/24   Page 1 of 1