IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF Missouri

Michele Harris Plaintiff,s
Edgar Harris

v.

Springfield Housing
Authority

Defendant.

Case No.: 6:24-cv-03238 WBG

## CERTIFICATE OF SERVICE

I, Michele Harris / Edgar Harris hereby certify that I am employed by disabled SSI SSDI and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of a Motion for Default Judgment, an Affidavit in Support of the Motion for Default Judgment, and a Proposed Default Judgment to be placed in a postage-paid envelope addressed to the defendant at the address stated below, which is the last known address of the defendant, and deposited the envelope in the United States mail.

Addressee: Name(s) and address(es) of defendant(s).

Springfield Housing Authority
421 W. Madison
Springfield MO 65806
417 866-4329

Dated this 15 day of November, 2024.

Michele Harris
Pro Se Plainitff