12/13/2024

United States District Court
Western District of Missouri (Springfield)

Case #: 6:24-CV-03238-WBG

Plaintiffs
Michele Kimberly Harris

Plaintiff
Edgar Simm Harris

- We filed a motion for default on Nov. 15 2024. Judge Beth Phillips ordered Defendants Springfield Housing Authority to respond by Dec. 2, 2024. We have not gotten a response from either party. Rebecca Pashia, Nicole Looney, or Springfield Housing Authority. It has now become pass due.

x Michele Harris
x Edgar Harris

Notary
x [signature]

AARON M SPEIR
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JUNE 15, 2025
GREENE COUNTY
COMMISSION #16061053

Signed this 13th day of December