IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF Missouri

Michele Harris Plaintiff,
Edgar Harris

Case No.: 6:24-cv-03238 WBG

v.

Springfield Housing Authority Et al Defendant.

AFFIDAVIT IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT

I, Michele Harris Edgar Harris, being duly sworn, state as follows:

1. I am pro se for the plaintiff in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The summons and complaint were filed on 8/16/2024

3. Defendant was served with a copy of the summons and complaint on 10/22/2024 as reflected on the docket sheet by the proof of service filed on 10/16/2024

4. An answer to the complaint was due on 11/12/2024

5. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Plaintiff requests that the clerk of court enter default against the defendant.

Michele Harris Edgar Harris
pro se Plaintiff

Sworn to and subscribed before me this 15th day of November, 2024.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Michele Harris Edgar Harris | COURT CASE NUMBER<br>24-03238-CV-S-WBG |
| DEFENDANT<br>Springfield housing Authority | TYPE OF PROCESS<br>Civil - Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Springfield Housing Authority
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 421 W Madison St. Springfield MO 65806

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285: 1 |
| | Number of parties to be served in this case: 3 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Michele Harris<br>Edgar Harris | ☒ PLAINTIFF<br>☐ DEFENDANT | 417-901-2154<br>Same | 10/16/24 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 of 3 | No. A45 | No. A45 | Scarlet O'Farrell | 10-16-24 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Nicole Looney (Section 8 Coordinator) | 10/22/24 | 1:15 | ☐ am ☒ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |
| | [signature] | | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

OCT16'24PM3:16
RCVD USMS W/MO

26-2

Civil Action No. 24-03238-CV-S-WBG

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Springfield Housing Authority was received by me on *(date)* 10/18/24.

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nicole Looney , who is designated by law to accept service of process on behalf of *(name of organization)* S.H.A. on *(date)* 10-22-24 ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/18/24

[signature]
*Server's signature*

Aaron Harbin, DUSM
*Printed name and title*

USMS W/M Spg.
*Server's address*

Additional information regarding attempted service, etc:

CONTROLLED/CHRI

(27)-3

U.S. Department of Justice
United States Marshals Service

# Process 045-6:2024-CV-03238-1 | Cost Worksheet

Printed on: 10/24/2024

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/MO - SPRINGFIELD | W/MO - SPRINGFIELD | Harris v. Springfield Housing Authority, et a. |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | SummonsComplaint | SPRINGFIELD HOUSING AUTHORITY |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 10/16/2024 10:22 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 10/22/2024 08:49 CDT | Served | | $0.00 | |
| | Personnel Charges | $65.00 | | $67.01 |
| | Mileage Charges | $2.01 | | |
| **Total Costs** | | | **$0.00** | **$67.01** |

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| Amount Owed | $67.01 |
| **Remaining Process to Serve:** | |

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michele HARRIS Edgar HARRIS | 24-03238-CV-S-WBG |
| DEFENDANT | TYPE OF PROCESS |
| Nicole Looney | Civil - Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Nicole Looney Head Section 8 coordinator
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 421 W Madison St. Springfield MO 65806

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

She is A Head superviser Of Section 8
Phone number work: 417-866-4329

Signature of Attorney other Originator requesting service on behalf of: Michele HARRIS, Edgar Harris [signature]
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 417-901-2154 Same
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 of 3 | No. A45 | No. A45 | [signature] | 10-16-24 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Nicole Looney (Section 8 coordinator)
Date: 10/22/24 Time: 1215 ☐ am ☑ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: [signature]

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

OCT16'24PM3:16
RCVD USMS W/MO

Form USM-285
Rev. 03/21


U.S. Department of Justice
United States Marshals Service

# Process 045-6:2024-CV-03238-2 | Cost Worksheet

Printed on: 10/24/2024

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/MO - SPRINGFIELD | W/MO - SPRINGFIELD | Harris v. Springfield Housing Authority, et a. |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | SummonsComplaint | Nicole Looney |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 10/16/2024 10:28 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 10/22/2024 09:32 CDT | Served | | $0.00 | |
| | Personnel Charges | $0.00 | | $0.00 |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$0.00** |

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| Amount Owed | $67.01 |
| **Remaining Process to Serve:** | 045-6:2024-CV-03238-3 |

Civil Action No. 24-03238-CV-S-WBG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nicole Looney
was received by me on *(date)* 10/18/24 .

☑ I personally served the summons on the individual at *(place)* 421 W. Madison Springfield, MO 65806 on *(date)* 10-22-24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/22/24

[signature]
*Server's signature*

Aaron Hagler, DUSM
*Printed name and title*

USMS- W/MO Spg.
*Server's address*

Additional information regarding attempted service, etc:


(31) 1-3

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

PLAINTIFF

COURT CASE NUMBER
24-03238-CV-S-WBG

DEFENDANT
Rebecca Pashia

TYPE OF PROCESS
Civil - Summons & Complaint

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Rebecca Pashia

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
421 W. Madison St. Springfield MO 65806

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285: 1

Number of parties to be served in this case: 3

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Rebecca Pashia is Director of Affordable Housing Operations COS, TCSA, RAD/~~[illegible]~~ PBV, CS of HAS Properties
Desk Phone # 417-447-4586

Signature of Attorney other Originator requesting service on behalf of: Michele HARRIS

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 417-901-2154 Same

DATE: 10/16/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 of 3 | No. A45 | No. A45 | Scarlett O'Farrell | 10-16-24 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Nicole Looney (Section 8 Coordinator)

Date: 10/22/24

Time: 12:15 ☐ am ☒ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: [signature]

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

OCT16'24PM3:15
RCVD USMS W/MO

Form USM-285
Rev. 03/21

(32-2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-03238-CV-S-WBG

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Rebecca Pashia
was received by me on *(date)* 10/18/24 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nicole Looney, Section 8 Coordinator, who is designated by law to accept service of process on behalf of *(name of organization)* S.H.A. on *(date)* 10-22-24 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/22/24

[signature]
*Server's signature*

Aaron Hartke, DUSM
*Printed name and title*

USMS W/MO Spg.
*Server's address*

Additional information regarding attempted service, etc:


CONTROLLED/CHRI

**U.S. Department of Justice**
United States Marshals Service

## Process 045-6:2024-CV-03238-3 | Cost Worksheet

Printed on: 10/24/2024

### PROCESS INFORMATION

**Case Type**
CV - Civil

**Civil/Criminal**
Civil

**Origin District**
W/MO - SPRINGFIELD

**Attribute**
Private

**Serving District**
W/MO - SPRINGFIELD

**Process Type**
SummonsComplaint

**Case Caption**
Harris v. Springfield Housing Authority, et a.

**Party to be Served**
Rebecca Pashia

### SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 10/16/2024 10:33 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 10/22/2024 09:41 CDT | Served | | $0.00 | |
| | Personnel Charges | $0.00 | | $0.00 |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$0.00** |

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| Amount Owed | $67.01 |
| **Remaining Process to Serve:** | |