# NOTICE OF APPEAL SUPPLEMENT

## MISSOURI WESTERN DISTRICT - SPRINGFIELD

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| **Case Caption: Harris et al v. Springfield Housing Authority et al** | **Case No.: 24-03238-CV-S-BP** |

| | | | |
|---|---|---|---|
| Appellant: | **Michele Kimberly Harris, Pro Se** | Appellee: | **Springfield Housing Authority, Nicole Looney, and Rebecca Pashia** |
| Appellant's Attorney(s): | | Appellee's Attorney(s): | |
| **N/A** | | **N/A** | |

**Michele Kimberly Harris, Pro Se**
**316 N. Ken Ave.**
**Springfield, MO 65802**

| | |
|---|---|
| Court Reporter(s): | Please return files and documents to: |
| **N/A** | **United States District Court**<br>**222 N. John Q. Hammons Parkway; Suite 1400**<br>**Springfield, MO  65806**<br><br>Contact Person for Appeal:<br>**spfdgen@mow.uscourts.gov** |

| Length of Trial:<br>**N/A** | Fee Paid:<br>**No** | IFP:<br>**Pending** | Pending IFP Motion:<br>**Yes** |
|---|---|---|---|
| Counsel:<br>**Pro Se** | Pending Motions?<br>**No** | Local Interest?<br>**No** | Simultaneous Release?<br>**No** |

**Criminal Cases / Prisoner Pro Se Cases Only:**

| Defendant incarcerated?<br>**N/A** | Where? | Multiple defendants?  If so, please list. |
|---|---|---|

**Special Comments:**

_____
_____
_____
_____