# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1550

Michele Kimberly Harris and Edgar Harris

Appellants

v.

Springfield Housing Authority, Section 8 Program and Nicole Looney, Section 8 Coordinator (A-L)

Appellees

Teressa Osborn, Director of Housing Programs

Rebecca Pashia, Director of Affordable Housing Operations

Appellee

Arlene Ozores, Portfolio Management Specialist, et al.

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:24-cv-03238-BP)
_____

**ORDER**

The $605 appellate filing and docketing fee has not been paid and is due. Appellants are directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in this court within 28 days of the date of this order. If appellants do not pay the fee or move for IFP status by April 21, 2025, an order will be entered directing the appellants to show cause why this appeal should not be dismissed for failure to prosecute.

March 24, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler