# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1550

Michele Kimberly Harris and Edgar Harris

Appellants

v.

Springfield Housing Authority, Section 8 Program and Nicole Looney, Section 8 Coordinator (A-L)

Appellees

Teressa Osborn, Director of Housing Programs

Rebecca Pashia, Director of Affordable Housing Operations

Appellee

Arlene Ozores, Portfolio Management Specialist, et al.

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:24-cv-03238-BP)

---

**MANDATE**

In accordance with the judgment of March 31, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 24, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit